# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-20911 |
| ) | |
| ONE SOURCE SUPPLY COMPANY, INC. ) | Jointly Administered |
| and OS2 MANUFACTURING ) | Chapter 11 |
| CORPORATION, ) | |
| ) | Hon. Timothy A. Barnes |
| Debtors. ) | |

### FINAL REPORT AND ACCOUNT OF ONE SOURCE SUPPLY COMPANY, INC. AND OS2 MANUFACTURING CORPORATION

One Source Supply Company, Inc. ("*One Source*") and OS2 Manufacturing Corporation ("*OS2*" together with One Source, the "*Debtors*"), debtors in the above-captioned cases, by and through its undersigned attorneys, pursuant to Rule 1019(5)(A)(ii), submit this Final Report and Account and hereby states as follows:

1. On May 17, 2013 (the "*Petition Date*"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois (the "*Court*").

2. On February 28, 2014, the Court entered an order converting the Debtors' cases to cases under chapter 7 of the Bankruptcy Code.

3. On March 24, 2014, David R. Brown (the "*Chapter 7 Trustee*") was appointed chapter 7 trustee for the Debtors' cases.

4. On April 3, 2014, the Court entered an order requiring the Debtors to, no later than April 23, 2014, (i) account for and turn over to the Chapter 7 Trustee all records and property of the Debtors under their custody and control; (ii) file a schedule of all unpaid debts incurred after the Petition Date; and (iii) file a final report and account.

5. The Debtors have cooperated with the Chapter 7 Trustee and have informed the Chapter 7 Trustee that he has complete access to the Debtors' facilities and records.

6. The Debtors filed their schedule of unpaid debts incurred after the Petition Date contemporaneously with this Final Report and Account.

7. A summary of the Debtors' Final Reports for the period May 17, 2014 – February 28, 2014 is as follows:

**One Source Supply Company, Inc.**

| | | |
|---|---|---|
| a) | BEGINNING BANK BALANCE | $14,343.79 |
| b) | GROSS RECEIPTS | $1,681,819.69 |
| c) | DISBURSEMENTS | $1,699,695.13 |
| d) | CASH BALANCE as of April 22, 2014 | ($3.05) |

**OS2 Manufacturing Corporation**

| | | |
|---|---|---|
| a) | BEGINNING BANK BALANCE | $8.85 |
| b) | GROSS RECEIPTS | $547,059.13 |
| c) | DISBURSEMENTS | $536,699.61 |
| d) | CASH BALANCE as of April 22, 2014 | $220.00 |

8. Attached hereto as <u>Exhibit A</u> are copies of selected pages of One Source's monthly operating reports for the period May 17, 2013 – November 30, 2013 and a summary of all receipts and disbursements for December 1, 2013 – February 28, 2014, reflecting One Source's income and expenses during the pendency of its chapter 11 case.

9. Attached hereto as <u>Exhibit B</u> are copies of selected pages of OS2's monthly operating reports for the period May 17, 2013 – November 30, 2013 and a summary of all

2

receipts and disbursements for December 1, 2013 – February 28, 2014, reflecting OS2's income and expenses during the pendency of its chapter 11 case.

| | |
|---|---|
| Dated: April 23, 2014 | **ONE SOURCE SUPPLY COMPANY, INC. AND OS2 MANUFACTURING CORPORATION** |
| | By: /s/ Thomas R. Fawkes |
| | Thomas R. Fawkes (No. 6277451)<br>Elizabeth L. Janczak (No. 6302864)<br>FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: 312-360-6000<br>Facsimile: 312-360-6520 |