## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-20911 |
| | ) | |
| ONE SOURCE SUPPLY COMPANY, INC. | ) | Jointly Administered |
| and OS2 MANUFACTURING | ) | Chapter 11 |
| CORPORATION, | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtors. | ) | |

### NOTICE OF FILING

To:   See attached Service List

　　　PLEASE TAKE NOTICE that on April 23, 2014, the undersigned caused the *Final Report and Account of One Source Supply Company, Inc. and OS2 Manufacturing Corporation* to be filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois Eastern Division, which is attached hereto, and herewith served upon you.

Dated:  April 23, 2014　　　　　　　　　　**ONE SOURCE SUPPLY COMPANY, INC.
　　　　　　　　　　　　　　　　　　　　　　AND OS2 MANUFACTURING
　　　　　　　　　　　　　　　　　　　　　　CORPORATION**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas R. Fawkes

　　　　　　　　　　　　　　　　　　　　　　Thomas R. Fawkes (No. 6277451)
　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. Janczak (No. 6302864)
　　　　　　　　　　　　　　　　　　　　　　FREEBORN & PETERS LLP
　　　　　　　　　　　　　　　　　　　　　　311 South Wacker Drive, Suite 3000
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　Telephone:  312-360-6000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  312-360-6520

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 13-20911 |
| | ) | |
| ONE SOURCE SUPPLY COMPANY, INC. | ) | Jointly Administered |
| and OS2 MANUFACTURING | ) | Chapter 11 |
| CORPORATION, | ) | |
| | ) | Hon. Timothy A. Barnes |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

  I, Thomas R. Fawkes, an attorney, hereby certify that on April 23, 2014, I caused a true and correct copy of the foregoing *Final Report and Account of One Source Supply Company, Inc. and OS2 Manufacturing Corporation* to be filed electronically with the Court and served upon the following parties by the manner listed.

                   /s/ Thomas R. Fawkes

**CM/ECF Service List**

Thomas V. Askounis   taskounis@askounisdarcy.com
Alex Darcy   adarcy@askounisdarcy.com
David E. Grochocinski   lawters@innovalaw.com
Matthew M. Hevrin   mhevrin@hinshawlaw.com
Amrit S. Kapai   akapai@askounisdarcy..com
Patrick S. Layng   USTPRegion11.ES.ECF@usdoj.gov
Terry M. Long   tmlong@tmlong.com
Kathleen M. McGuire   kmcguire@innovalaw.com
James M. Philbrick   jmphilbrick@att.net
Stephen G. Wolfe   steve.g.wolfe@usdoj.gov
Barbara L. Yong   blyong@golanchristie.com