# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                )
                                      )      **Case No. 13bk20911**
    **ONE SOURCE SUPPLY**     )
    **COMPANY, INC.**           )      **Chapter 7**
                                      )
        **Debtor.**   )      **Honorable Timothy A. Barnes**
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FREEBORN & PETERS LLP, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 70,162.12 | TOTAL COSTS REQUESTED: | $ 3,957.85 |
| TOTAL FEES REDUCED: | $ 142.80 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 70,019.32 | TOTAL COSTS ALLOWED: | $ 3,957.85 |

### TOTAL FEES AND COSTS ALLOWED: $ 73,977.17

Upon the Second and Final Fee Application of Freeborn & Peters ("F&P") as counsel to debtors One Source Supply Company, Inc. and OS2 Manufacturing Corporation (the "Application") for the time period of May 17, 2013 through February 28, 2014 (the "Fee Application Period"); this Court having reviewed the Application; due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Court hereby allows F&P, on a final basis, $15,389.75 for the second application [docket no. 179] and $54,772.37 previously awarded under the first application [docket no. 90] for a total of $70,162.12 in compensation for the Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

2. The Court hereby allows F&P, on a final basis, $587.17 for the second application [docket no. 179] and $3,370.68 previously awarded under the first application [docket no. 90] for a total of $3,957.85 in reimbursable expenses for the Fee Application Period as chapter 11 administrative expenses of the Debtors' estates pursuant to sections 503(b) and 507(a)(1) of the Bankruptcy Code.

3. The Court hereby authorizes payment to F&P of all amounts allowed but unpaid.

4. The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     No Benefit to the Estate – TOTAL of disallowed amounts: $ 142.80**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case.  11 U.S.C. § 330(a)(4)(A).  The time entry in this application was work performed post-conversion but was not in furtherance of those duties set forth in 11 U.S.C. §521 and the transition of the case from the debtor-in-possession under chapter 11 to the trustee in chapter 7.  *See In re Stroudsburg Dyeing & Finishing Co.*, 209 B.R. 648, 650 (Bankr. M.D. Pa. 1997).

Dated:  19 MAY 2015

_____
Timothy A. Barnes
United States Bankruptcy Judge

1                                    March 13, 2014

Statement No: 100113645

For professional services rendered with regard to:

Re:  Represent One Source Supply Company and OS2 Manufacturing

| | | | |
|---|---|---|---|
| Oct 1, 2013 | ELJ | Attend hearing on motion to extend deadline to assume or reject lease and continued cash collateral (1.0); prepare for same (0.2). | 1.20 |
| Oct 3, 2013 | ELJ | Multiple e-mail correspondence with Thomas Fawkes regarding creditor's charge of pre-petition debt and notice of service upon creditor of bankruptcy filing (0.1). | 0.10 |
| Oct 9, 2013 | ELJ | Conference with Thomas Fawkes regarding offer to BMO Harris, potential liquidation of debtor's assets, lease issues, and filing of fee application (0.5). | 0.50 |
| Oct 22, 2013 | ELJ | Telephone conference with Thomas Fawkes regarding October 22nd hearing on motion for relief from stay and strategy for sale of assets and dismissal of case (0.3). | 0.30 |
| Oct 23, 2013 | JEH | Review and revise September monthly operating reports for One Source Supply Company and OS2 Manufacturing Corporation (0.2); file same (0.2). | 0.40 |
| Oct 24, 2013 | JEH | Draft notice of motion and certificate of service regarding motion to reject non-residential lease and enter into new lease (0.4); e-mail correspondence with Elizabeth Janczak regarding same (0.1); revise same (0.1); file same (0.3); serve same (0.2). | 1.10 |
| Oct 29, 2013 | ELJ | Prepare for October 29 hearing on motion for relief from stay as to Lexus and continued cash collateral hearing (0.3); attend same (1.3). | 1.60 |
| Oct 29, 2013 | TRF | E-mail correspondence with Liz Janczak regarding upcoming hearing on cash collateral and Toyota motion for relief from stay (0.3). | 0.30 |

2                                          March 13, 2014

| Oct 30, 2013 | JEH | Draft notice of filing and certificate of service regarding first interim fee application (0.4); prepare exhibits regarding same (0.6); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.5); coordinate service of same (0.2). | 1.80 |
|---|---|---|---|
| Nov 5, 2013 | ELJ | Telephone conference with Thomas Fawkes regarding status of sale discussions with BMO and US Trustee's motion to set deadline to file plan and disclosure statement (0.2). | 0.20 |
| Nov 6, 2013 | ELJ | Attend hearing on U.S. Trustee's motion to set deadline to file plan and disclosure statement (0.8). | 0.80 |
| Nov 13, 2013 | JEH | Prepare draft order regarding motion to reject non-residential lease (0.2); submit to Judge Barnes' chambers via e-mail correspondence (0.1). | 0.30 |
| Nov 21, 2013 | ELJ | Telephone conference with Thomas Fawkes regarding coverage for November 26th hearing on first interim fee application and status of negotiations with BMO Harris (0.1). | 0.10 |
| Nov 21, 2013 | JEH | File One Source Supply Company's October operating report (0.2); file OS2 Manufacturing Company's October operating report (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.30 |
| Nov 26, 2013 | ELJ | Attend hearing on first interim fee application of Freeborn & Peters and continued cash collateral (1.1); prepare for same (0.1). | 1.20 |
| Dec 3, 2013 | JEH | Draft notice of motion and certificate of service for motion to extend tim to file plan and disclosure statement (0.3); e-mail correspondence with Elizabeth Janczak regarding same (0.1); file same (0.2); e-mail correspondence to Thomas Fawkes regarding entered fee application order (0.1). | 0.70 |
| Dec 4, 2013 | ELJ | Conference with Thomas Fawkes regarding possible settlement with BMO Harris and dismissal of bankruptcy case (0.2). | 0.20 |
| Jan 3, 2014 | ELJ | E-mail correspondence to Thomas Fawkes regarding case status, deadline to file plan and disclosure statement, and cash collateral issues (0.1). | 0.10 |

3                                        March 13, 2014

| Jan 15, 2014 | TRF | Telephone conference with Brad Carpenter regarding issues concerning BMO negotiations and potential conversion to chapter 7 (0.4). | 0.40 |
|---|---|---|---|
| Jan 21, 2014 | ELJ | Conference with Thomas Fawkes regarding possible conversion of case and January 22 hearing on plan status and cash collateral issues (0.3); draft motion to convert chapter 11 cases to chapter 7 cases (0.5); draft proposed order for same (0.1). | 0.90 |
| Jan 21, 2014 | JEH | Draft notice of motion and certificate of service for motion to convert to chapter 7 (0.4); e-mail correspondence to Elizabeth Janczak regarding same (0.1); revise same (0.2); file same (0.2). | 0.90 |
| Jan 21, 2014 | TRF | Conference with Elizabeth Janczak regarding filing of motion to convert to chapter 7 and cash status (0.3); telephone conference and e-mail correspondence with Brad Carpenter regarding same (0.3). | 0.60 |
| Jan 22, 2014 | ELJ | Conference with Thomas Fawkes regarding next steps and January 22 hearing on plan status and cash collateral (0.3); attend hearing on motion to extend time to file plan and disclosure statement and continued cash collateral (0.8); review amended notice of motion to convert (0.1). | 1.20 |
| Jan 22, 2014 | JEH | Pay ECF filing fee for motion to convert to chapter 7 (0.1); e-mail correspondence to Elizabeth Janczak and Thomas Fawkes regarding same (0.1); draft amended notice of motion and certificate of service for same (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.1); coordinate service of same (0.1). | 0.60 |
| Jan 22, 2014 | TRF | E-mail correspondence with Brad Carpenter regarding motion to convert and hearing on case status (0.1); conference with Elizabeth Janczak regarding plan status and cash collateral issues (0.3). | 0.40 |
| Feb 11, 2014 | TRF | Telephone conference with Brad Carpenter regarding upcoming hearing on motion to convert and wind-down issues (0.3); multiple e-mail correspondence with Matthew Hevrin regarding settlement negotiations (0.2). | 0.50 |

4                                    March 13, 2014

| | | | |
|---|---|---|---|
| Feb 12, 2014 | TRF | Prepare for and attend hearing on motion to convert cases to chapter 7 (0.9); telephone conference with Brad Carpenter regarding effect of same on going-forward operations (0.3). | 1.20 |
| Feb 13, 2014 | ELJ | E-mail correspondence to Thomas Fawkes regarding draft order to follow on motion to convert cases and outstanding administrative expenses (0.1). | 0.10 |
| Feb 19, 2014 | ELJ | Draft proposed conversion orders for One Source and OS2 (0.2). | 0.20 |
| Feb 19, 2014 | JEH | Telephone message to Judge Barnes's courtroom deputy regarding submission of draft orders to follow (0.1); telephone conference with Judge Barnes' courtroom deputy regarding same (0.1); e-mail draft orders to follow regarding motion to convert to Judge Barnes' courtroom deputy (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.40 |
| Feb 19, 2014 | TRF | E-mail correspondence to Elizabeth Janczak regarding conversion of cases to chapter 7 (0.2). | 0.20 |
| Feb 21, 2014 | JEH | Telephone message to Judge Barnes courtroom deputy regarding receipt of draft orders to follow on case conversion (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.20 |
| Feb 27, 2014 | TRF | Multiple e-mail correspondence with Brad Carpenter regarding status of chapter 7 conversion and BMO motion for relief from stay (0.3). | 0.30 |
| Jan 3, 2014 | ELJ | E-mail correspondence to Thomas Fawkes regarding case status, deadline to file plan and disclosure statement, and cash collateral issues (0.1). | 0.10 |
| Jan 15, 2014 | TRF | Telephone conference with Brad Carpenter regarding issues concerning BMO negotiations and potential conversion to chapter 7 (0.4). | 0.40 |
| Jan 21, 2014 | ELJ | Conference with Thomas Fawkes regarding possible conversion of case and January 22 hearing on plan status and cash collateral issues (0.3); draft motion to convert chapter 11 cases to chapter 7 cases (0.5); draft proposed order for same (0.1). | 0.90 |

5                              March 13, 2014

| | | | |
|---|---|---|---|
| Jan 21, 2014 | JEH | Draft notice of motion and certificate of service for motion to convert to chapter 7 (0.4); e-mail correspondence to Elizabeth Janczak regarding same (0.1); revise same (0.2); file same (0.2). | 0.90 |
| Jan 21, 2014 | TRF | Conference with Elizabeth Janczak regarding filing of motion to convert to chapter 7 and cash status (0.3); telephone conference and e-mail correspondence with Brad Carpenter regarding same (0.3). | 0.60 |
| Jan 22, 2014 | ELJ | Conference with Thomas Fawkes regarding next steps and January 22 hearing on plan status and cash collateral (0.3); attend hearing on motion to extend time to file plan and disclosure statement and continued cash collateral (0.8); review amended notice of motion to convert (0.1). | 1.20 |
| Jan 22, 2014 | JEH | Pay ECF filing fee for motion to convert to chapter 7 (0.1); e-mail correspondence to Elizabeth Janczak and Thomas Fawkes regarding same (0.1); draft amended notice of motion and certificate of service for same (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.1); coordinate service of same (0.1). | 0.60 |
| Jan 22, 2014 | TRF | E-mail correspondence with Brad Carpenter regarding motion to convert and hearing on case status (0.1); conference with Elizabeth Janczak regarding plan status and cash collateral issues (0.3). | 0.40 |
| Feb 11, 2014 | TRF | Telephone conference with Brad Carpenter regarding upcoming hearing on motion to convert and wind-down issues (0.3); multiple e-mail correspondence with Matthew Hevrin regarding settlement negotiations (0.2). | 0.50 |
| Feb 12, 2014 | TRF | Prepare for and attend hearing on motion to convert cases to chapter 7 (0.9); telephone conference with Brad Carpenter regarding effect of same on going-forward operations (0.3). | 1.20 |
| Feb 13, 2014 | ELJ | E-mail correspondence to Thomas Fawkes regarding draft order to follow on motion to convert cases and outstanding administrative expenses (0.1). | 0.10 |

6                                        March 13, 2014

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Feb 19, 2014 | ELJ | Draft proposed conversion orders for One Source and OS2 (0.2). | 0.20 |
| Feb 19, 2014 | JEH | Telephone message to Judge Barnes's courtroom deputy regarding submission of draft orders to follow (0.1); telephone conference with Judge Barnes' courtroom deputy regarding same (0.1); e-mail draft orders to follow regarding motion to convert to Judge Barnes' courtroom deputy (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.40 |
| Feb 19, 2014 | TRF | E-mail correspondence to Elizabeth Janczak regarding conversion of cases to chapter 7 (0.2). | 0.20 |
| Feb 21, 2014 | JEH | Telephone message to Judge Barnes courtroom deputy regarding receipt of draft orders to follow on case conversion (0.1); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.20 |
| Feb 27, 2014 | TRF | Multiple e-mail correspondence with Brad Carpenter regarding status of chapter 7 conversion and BMO motion for relief from stay (0.3). | 0.30 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.30 | 454.75 | $136.43 |
| Fawkes, Thomas R. | 3.60 | 476.00 | $1,713.60 |
| Janczak, Elizabeth L. | 6.20 | 225.25 | $1,396.55 |
| Janczak, Elizabeth L. | 2.50 | 276.25 | 690.63 |
| Hazdra, Jacqueline E. | 4.60 | 182.75 | $840.65 |
| Hazdra, Jacqueline E. | 2.10 | 191.25 | $401.63 |
| | | | |
| TOTAL HOURS | 19.30 | | |
| | | | |
| TOTAL FEES | | | $5,179.49 |

**TOTAL FEES AND DISBURSEMENTS**                    **$5,179.49**

c:\bills\624515.bil

1                                        March 12, 2014

Statement No: 100124556

For professional services rendered with regard to:

Re:  Creditor Inquiries and Negotiations

| (1) No benefit to estate | Feb 18, 2014 | TRF | Conference with US Bank regarding issues concerning equipment lease (0.3). | 0.30 |
|---|---|---|---|---|

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.30 | 476.00 | $142.80 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | $142.80 |

**TOTAL FEES AND DISBURSEMENTS**                    **$142.80**

c:\bills\635426.bil

1                                       March 13, 2014

Statement No: 100113647

For professional services rendered with regard to:

Re:  <u>Secured Creditor Issues</u>

| | | | |
|---|---|---|---|
| Oct 1, 2013 | TRF | E-mail correspondence with Matthew Hevrin regarding cash collateral order and budget (0.1); e-mail correspondence with Liz Janczak regarding same (0.1). | 0.20 |
| Oct 3, 2013 | ELJ | E-mail correspondence to Keith Oulette and Matthew Hevin forwarding debtors' tax returns in connection with consideration of settlement proposal (0.1). | 0.10 |
| Oct 8, 2013 | TRF | E-mail correspondence to Matthew Hevrin regarding status of sale/liquidation proposal (0.1). | 0.10 |
| Oct 23, 2013 | ELJ | Compare professional fee carveout to amount in F&P's fee application (0.2). | 0.20 |
| Oct 28, 2013 | ELJ | Draft tenth interim cash collateral order and budget (0.1). | 0.10 |
| Oct 28, 2013 | TRF | E-mail correspondence with Liz Janczak regarding cash collateral order and budget (0.2); e-mail correspondence to James Philbrick regarding proposed settlement concerning Toyota motion for relief from stay (0.2). | 0.40 |
| Oct 29, 2013 | TRF | E-mail correspondence to Brad Carpenter and Mike Laub regarding counterproposal from Bayview (0.2); e-mail correspondence to Matthew Hevrin regarding same (0.1). | 0.30 |
| Oct 30, 2013 | TRF | Telephone conference with Brad Carpenter and Mike Laub regarding review of Bayview settlement counteroffer (0.3); draft correspondence to Matthew Hevrin and Keith Ouellette regarding response to counteroffer (0.5). | 0.80 |
| Oct 31, 2013 | TRF | E-mail correspondence with Brad Carpenter regarding status of counteroffer to BMO (0.1). | 0.10 |

2                                 March 13, 2014

| Nov 1, 2013 | TRF | E-mail correspondence with client and Matthew Hevrin regarding BMO's revised settlement counteroffer (0.2). | 0.20 |
|---|---|---|---|
| Nov 26, 2013 | ELJ | Telephone conference with Steve Wolf from US Trustee's office regarding cash collateral hearing and modifications to proposed order (0.1); draft eleventh interim cash collateral order and budget (0.1); multiple e-mail correspondence with Thomas Fawkes regarding same (0.1); telephone conference with and e-mail correspondence to Rich Polony (BMO) regarding prior entered cash collateral order and material changes to same (0.1). | 0.40 |
| Nov 26, 2013 | TRF | E-mail correspondence with Liz Janczak regarding upcoming cash collateral hearing and continued order authorizing use of same (0.2). | 0.20 |
| Dec 16, 2013 | ELJ | Draft proposed twelfth agreed interim cash collateral order and budget (0.1); multiple e-mail correspondence with Thomas Fawkes regarding same and coverage for December 17th hearing (0.1); e-mail correspondence to Matthew Hevrin and Rich Polony of BMO Harris forwarding same and requesting consent (0.1). | 0.30 |
| Dec 16, 2013 | TRF | E-mail correspondence with Liz Janczak regarding cash collateral order and continued hearing (0.2). | 0.20 |
| Dec 17, 2013 | ELJ | Attend continued hearing on motion to use cash collateral (0.8); prepare for same (0.1). | 0.90 |
| Jan 15, 2014 | ELJ | Telephone conference with Rich Polony (BMO) regarding continued cash collected hearing to January 22nd (0.1). | 0.10 |
| Jan 21, 2014 | ELJ | Draft thirteenth agreed cash collateral order and budget (0.1); e-mail correspondence to Matthew Hevrin and Rich Polony regarding same (0.1); multiple e-mail correspondence to Thomas Fawkes regarding same (0.1). | 0.30 |

|  |  |
|---|---|
| 3 | March 13, 2014 |

| | | | |
|---|---|---|---|
| Jan 27, 2014 | ELJ | Review loan documents in connection with evaluation of BMO's rights thereunder and scope of security agreements (1.2); conference with Thomas Fawkes regarding same (0.2); e-mail correspondence to Thomas Fawkes summarizing same (0.2). | 1.60 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 2.50 | 454.75 | $1,136.89 |
| Janczak, Elizabeth L. | 2.00 | 225.25 | $450.50 |
| Janczak, Elizabeth L. | 2.00 | 276.25 | $552.50 |
| TOTAL HOURS | 6.50 | | |
| TOTAL FEES | | | $2,139.89 |

**TOTAL FEES AND DISBURSEMENTS**                         **$2,139.89**

c:\bills\624517.bil

1                                              March 13, 2014

Statement No: 100113648

For professional services rendered with regard to:

Re:  <u>F&P Retention and Fee Application</u>

| | | | |
|---|---|---|---|
| Oct 10, 2013 | ELJ | Review exhibits to first interim fee application to ensure compliance with time detail requirements (0.2). | 0.20 |
| Oct 23, 2013 | ELJ | Draft first interim fee application of F&P (0.8); multiple e-mail correspondence with Thomas Fawkes regarding same (0.1). | 0.90 |
| Oct 24, 2013 | TRF | Review first interim fee application of Freeborn & Peters (0.3); e-mail correspondence with Liz Janczak regarding same (0.1). | 0.40 |
| Oct 25, 2013 | ELJ | Draft cover sheet to first interim fee application (0.1); draft proposed order for same (0.1). | 0.20 |
| Oct 30, 2013 | ELJ | Finalize first interim fee application of Freeborn & Peters (0.2); review and revise notice of same (0.2). | 0.40 |
| Feb 10, 2014 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.1). | 0.10 |
| Feb 14, 2014 | ELJ | Review exhibits to fee application to ensure compliance with time detail requirements (0.5). | 0.50 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.40 | 454.75 | $181.90 |
| Janczak, Elizabeth L. | 1.70 | 225.25 | $382.93 |
| Janczak, Elizabeth L. 2014 | 0.60 | 276.25 | $165.75 |
| | | | |
| TOTAL HOURS | 2.70 | | |
| | | | |
| TOTAL FEES | | | <u>$730.58</u> |

**TOTAL FEES AND DISBURSEMENTS**                    **$730.58**

c:\bills\624518.bil

1                                    March 13, 2014

Statement No: 100116195

For professional services rendered with regard to:

Re:  Plan and Disclosure Statement

| Nov 5, 2013 | TRF | Conference with Liz Janczak regarding upcoming hearing on motion of US Trustee to establish plan filing deadline (0.2). | 0.20 |
|---|---|---|---|
| Nov 26, 2013 | TRF | E-mail correspondence with Brad Carpenter regarding revised offer to BMO Harris (0.1). | 0.10 |
| Dec 2, 2013 | ELJ | Telephone conference with Thomas Fawkes regarding extending time to file plan and disclosure statement (0.1); draft motion to extend plan and disclosure statement deadline (0.3). | 0.40 |
| Dec 2, 2013 | TRF | Conference with Liz Janczak regarding motion to extend plan filing deadline (0.1); e-mail correspondence with Brad Carpenter regarding revised BMO proposal (0.1); e-mail correspondence to Matthew Hevrin regarding same (0.1). | 0.30 |
| Dec 3, 2013 | ELJ | Finalize motion to extend time to file plan and disclosure statement and review notice and service of same (0.1). | 0.10 |
| Dec 10, 2013 | ELJ | Conference with Thomas Fawkes regarding December 11th status hearing on plan and strategy going forward for resolution of case (0.1). | 0.10 |
| Dec 11, 2013 | ELJ | Conference with Thomas Fawkes regarding December 11th hearing on plan status and motion to extend time to file plan (0.1); prepare for same (0.1); attend same (1.4). | 1.60 |
| Jan 3, 2014 | ELJ | Draft motion to extend deadline to file plan and disclosure statement and proposed order for same (0.2); review notice and certificate of service for same and e-mail correspondence with Jacqueline Hazdra regarding same (0.1). | 0.30 |

2                                    March 13, 2014

| Jan 3, 2014 | JEH | Draft notice of motion and certificate of service regarding second motion to extend time to file plan and disclosure statement (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1); file same (0.1). | 0.40 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.60 | 454.75 | $272.85 |
| Janczak, Elizabeth L. | 2.20 | 225.25 | $495.55 |
| Janczak, Elizabeth L. | 0.30 | 276.25 | $82.88 |
| Hazdra, Jacqueline E. | 0.40 | 191.25 | $76.50 |
| | | | |
| TOTAL HOURS | 3.50 | | |
| TOTAL FEES | | | $927.79 |

**TOTAL FEES AND DISBURSEMENTS**              **$927.79**

c:\bills\627065.bil

3065190v1/29404-0007

1                                      March 13, 2014

Statement No: 100113651

For professional services rendered with regard to:

Re: Executory Contracts and Unexpired Leases

| | | | |
|---|---|---|---|
| Oct 2, 2013 | TRF | Telephone conference with Mike Laub regarding exit from Wolf Creek premises and entry into lease with BRASCO Group (0.2). | 0.20 |
| Oct 9, 2013 | ELJ | Draft proposed order rejecting non-residential lease with Wolf Creek and stipulating as to allowance of certain claims relating to same (0.6). | 0.60 |
| Oct 10, 2013 | TRF | Review and revise motion and order approving consensual rejection of Wolf Creek lease (0.3); e-mail correspondence to Paul Kulas regarding same (0.1). | 0.40 |
| Oct 15, 2013 | TRF | E-mail correspondence to Paul Kulas regarding order concerning rejection of Wolf Creek lease (0.1). | 0.10 |
| Oct 21, 2013 | TRF | E-mail correspondence with James Philbrick (counsel to Toyota Motor Credit) regarding Lexus motion for relief from stay (0.2); e-mail correspondence with Liz Janczak regarding same (0.1); telephone conference and e-mail correspondence with Brad Carpenter regarding Lexus payments and insurance (0.2). | 0.50 |
| Oct 21, 2013 | ELJ | Review motion for relief from stay as to Lexus filed by Toyota (0.2); multiple e-mail correspondence with Thomas Fawkes regarding same and coverage for hearing on October 22 (0.1). | 0.30 |
| Oct 22, 2013 | ELJ | Prepare for hearing on motion to modify stay as to leased Lexus, including review of motion, schedules, and proof of claim (0.3); telephone conference with Thomas Fawkes regarding same (0.1); attend hearing on same (1.0); draft motion to reject non-residential lease and authorize new lease with BRASCO Group (0.9). | 2.30 |

2                                              March 13, 2014

| Oct 22, 2013 | TRF | E-mail correspondence and telephone conference with Liz Janczak regarding hearing on Toyota motion for relief from stay and next steps (0.2). | 0.20 |
| Oct 23, 2013 | TRF | Review motion to reject Wolf Creek lease and enter into BRASCO lease (0.2); e-mail correspondence to client regarding same (0.1). | 0.30 |
| Oct 24, 2013 | ELJ | Finalize motion to reject lease and approve new lease with BRASCO (0.3); multiple e-mail correspondence with Thomas Fawkes regarding same (0.1); review and revise notice of same (0.1); multiple e-mail correspondence with Jacqueline Hazdra regarding same (0.1). | 0.60 |
| Oct 24, 2013 | TRF | E-mail correspondence with Paul Kulas and Brad Carpenter regarding pre- and post-petition rent due on Wolf Creek lease (0.2). | 0.20 |
| Nov 13, 2013 | ELJ | Attend hearing on motion to reject non-residential lease and for authorization to enter into new lease (0.6); conference with Thomas Fawkes regarding same (0.1). | 0.70 |
| Nov 13, 2013 | TRF | E-mail correspondence to Paul Kulas (counsel to Wolf Creek) regarding reconciliation of pre- and post-petition lease claims (0.4). | 0.40 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 2.30 | 454.75 | $1,045.93 |
| Janczak, Elizabeth L. | 4.50 | 225.25 | $1,013.63 |
| | | | |
| TOTAL HOURS | 6.80 | | |
| | | | |
| TOTAL FEES | | | $2,059.56 |

**TOTAL FEES AND DISBURSEMENTS**                    **$2,059.56**

c:\bills\624521.bil

1                                    March 13, 2014

Statement No: 100113652

For professional services rendered with regard to:

Re:  <u>Asset Sales</u>

| | | | |
|---|---|---|---|
| Oct 1, 2013 | TRF | E-mail correspondence with Brad Carpenter regarding document requests from BMO Harris related to sale proposal (0.2). | 0.20 |
| Oct 3, 2013 | TRF | :  E-mail correspondence with Brad Carpenter regarding responding to financial requests of Bayview/BMO (0.3); e-mail correspondence to Matthew Hevrin and Keith Ouellette regarding same (0.2). | 0.50 |
| Oct 9, 2013 | TRF | Conference with Liz Janczak regarding preparation of motion to sell and liquidate assets pursuant to section 363 (0.5). | 0.50 |
| Oct 15, 2013 | TRF | Telephone conference with Mike Laub regarding status of BMO negotiations on asset sale/liquidation (0.2); telephone conference with Brad Carpenter regarding same (0.2); e-mail correspondence with Matthew Hevrin regarding same (0.2). | 0.60 |
| Oct 17, 2013 | TRF | E-mail correspondence to Matthew Hevrin regarding BMO's continued lack of responsiveness to sale/liquidation proposal (0.2); telephone conference with Brad Carpenter and Vito DiBeasi regarding sale strategy in light of BMO's non-cooperation (0.3). | 0.50 |
| Oct 18, 2013 | TRF | E-mail correspondence and telephone conference with Brad Carpenter regarding issues concerning sale and liquidation of One Source assets (0.4). | 0.40 |
| Oct 21, 2013 | TRF | E-mail correspondence with Matthew Hevrin regarding lack of response from BMO to sale/liquidation proposal (0.1); telephone conference with Brad Carpenter regarding same (0.1). | 0.20 |
| Oct 23, 2013 | ELJ | Draft motion to sell and liquidate certain assets of the estate (2.5). | 2.50 |

2                                     March 13, 2014

| | | | |
|---|---|---|---|
| Oct 23, 2013 | TRF | E-mail correspondence and telephone conference with Brad Carpenter regarding status of bank negotiations and company transitional issues (0.3); e-mail correspondence to Matthew Hevrin regarding pending settlement offer (0.1); review and revise draft motion to approve sale/liquidation protocol (0.6). | 1.00 |
| Oct 24, 2013 | TRF | Telephone conference with Brad Carpenter and Mike Laub regarding status of BMO negotiations and filing of motion to approve sale/liquidation process (0.4). | 0.40 |
| Oct 25, 2013 | ELJ | Review and revise motion to sell and liquidate certain of the debtors' assets (0.5). | 0.50 |
| Oct 28, 2013 | TRF | E-mail correspondence with Brad Carpenter regarding revisions to sale/liquidation motion (0.2); e-mail correspondence with Matthew Hevrin regarding outstanding settlement offer and cash collateral issues (0.1). | 0.30 |
| Nov 4, 2013 | TRF | Telephone conference with Brad Carpenter and Mike Laub regarding counteroffer to BMO Harris (0.3); e-mail correspondence with Matthew Hevrin conveying same (0.2). | 0.50 |
| Nov 7, 2013 | TRF | Telephone conference with Brad Carpenter regarding status of BMO negotiations and going-forward strategy (0.2). | 0.20 |
| Nov 11, 2013 | TRF | E-mail correspondence to Matthew Hevrin regarding settlement negotiations (0.1); e-mail correspondence with Brad Carpenter regarding same (0.2). | 0.30 |
| Nov 13, 2013 | TRF | Telephone conference with Mike Laub regarding status of settlement negotiations with BMO Harris (0.2). | 0.20 |
| Nov 20, 2013 | TRF | E-mail correspondence with Brad Carpenter regarding correspondence from Matthew Hevrin concerning settlement negotiations (0.1). | 0.10 |
| Nov 25, 2013 | TRF | E-mail correspondence to Matthew Hevrin regarding continued settlement negotiations (0.1). | 0.10 |
| Dec 4, 2013 | TRF | Telephone conferences with Matthew Hevrin regarding BMO settlement negotiations (0.3). | 0.30 |

3                                    March 13, 2014

| Dec 6, 2013 | TRF | Telephone conference with Brad Carpenter regarding issues concerning BMO Harris settlement negotiations (0.2). | 0.20 |
| Dec 9, 2013 | TRF | E-mail correspondence to Matthew Hevrin regarding settlement negotiations and potential conversion of case (0.3). | 0.30 |
| Dec 10, 2013 | TRF | E-mail correspondence with Matthew Hevrin regarding settlement negotiations and upcoming hearing on plan status (0.2). | 0.20 |

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 7.00 | 454.75 | $3,183.25 |
| Janczak, Elizabeth L. | 3.00 | 225.25 | $675.75 |
| TOTAL HOURS | 10.00 | | |
| TOTAL FEES | | | $3,859.00 |

**TOTAL FEES AND DISBURSEMENTS**                **$3,859.00**

c:\bills\624522.bil

1                                      March 13, 2014

Statement No: 100116198

For professional services rendered with regard to:

Re: <u>Schedule and Reports</u>

| Nov 20, 2013 | ELJ | Review and finalize One Source's October monthly operating report (0.2). | 0.20 |
| Nov 21, 2013 | ELJ | Review and finalize OS2 monthly operating report for filing (0.1). | 0.10 |
| Jan 7, 2014 | ELJ | Review and prepare for filing the debtors' November 2013 operating statements (0.3). | 0.30 |
| Jan 7, 2014 | JEH | File monthly operating reports for One Source Supply, Inc. and OS2 Manufacturing Company (0.2); e-mail correspondence to Elizabeth Janczak regarding same (0.1). | 0.30 |

## **FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Janczak, Elizabeth L. | 0.30 | 225.25 | $67.58 |
| Janczak, Elizabeth L. | 0.30 | 276.25 | $82.88 |
| Hazdra, Jacqueline E. | 0.30 | 191.25 | $57.38 |
| | | | |
| TOTAL HOURS | 0.90 | | |
| | | | |
| TOTAL FEES | | | <u>$207.84</u> |

**TOTAL FEES AND DISBURSEMENTS**          **$207.84**

c:\bills\627068.bil

3065293v1/29404-0012

1                                March 12, 2014


Statement No: 100122940

For professional services rendered with regard to:

Re:  <u>Claims Analysis</u>


| Jan 28, 2014 | TRF | Multiple e-mail correspondence with Brad Carpenter regarding analysis of BRP claims and avoidance actions (0.3). | 0.30 |
|---|---|---|---|

## FEE SUMMARY

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.30 | 476.00 | $142.80 |
| TOTAL HOURS | 0.30 | | |
| TOTAL FEES | | | <u>$142.80</u> |

**TOTAL FEES AND DISBURSEMENTS**              **$142.80**


c:\bills\633810.bil

1                                    March 12, 2014

Statement No: 100126736
For professional services rendered with regard to:
Re:  Expenses

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| Oct 15, 2013 | TRF | Telephone conference call 2597283 | 2.80 |
| Oct 17, 2013 | TRF | Telephone conference call 2600791 | 2.30 |
| Oct 24, 2013 | TRF | Telephone conference call 603351261 | 5.35 |
| Oct 30, 2013 | TRF | Telephone conference call 604502414 | 8.25 |
| Nov 4, 2013 | TRF | Telephone conference call 605325491 | 4.05 |
| Oct 29, 2013 | JEH | Postage 93 Envelopes | 42.78 |
| Oct 30, 2013 | FIRM | Photocopying | 148.80 |
| Jan 22, 2014 | FIRM | Postage 102 Envelopes | 134.64 |
| Jan 22, 2014 | FIRM | Photocopying | 223.20 |
| Feb 18, 2014 | JCW | Filing Fee VENDOR: American Express; INVOICE#: STMT02/18/14; DATE: 2/18/2014 01/21 Filing fee for One Source Supply Company | 15.00 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Photocopying | 372.00 |
| Postage | 177.42 |
| Filing Fee | 15.00 |
| Telephone Conference Call | 22.75 |
| TOTAL DISBURSEMENTS | $587.17 |

| | |
|---|---|
| **TOTAL FEES AND DISBURSEMENTS** | **$587.17** |

c:\bills\637606.bil

3065384v1/29404-0015