**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  One Source Supply Company, Inc. | § | Case No. 13-20911 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 05/17/2013. The case was converted to one under Chapter 7 on 02/26/2014. The undersigned trustee was appointed on 03/14/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         58,660.81

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 469.87 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 58,190.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

     6. The deadline for filing non-governmental claims in this case was 04/27/2015 and the deadline for filing governmental claims was 04/27/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,183.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $6,183.04, for a total compensation of $6,183.04[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2015          By: /s/ David R. Brown
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 13-20911  
**Case Name:** One Source Supply Company, Inc.  
**For Period Ending:** 12/15/2015

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 02/26/2014 (c)  
**§ 341(a) Meeting Date:** 03/28/2014  
**Claims Bar Date:** 04/27/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bmo Harris Bank N.A. Checking Account (Ending In<br>Balance for DIP account as of April 22, 2014 was  -$3.05 | 718.41 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Checking Account<br>Balance for DIP account as of April 22, 2014 was  -$3.05 | 13,626.67 | 0.00 | | 0.00 | FA |
| 3 | Rent Deposit Held By: Wolf Creek Business Associ | 999.00 | 0.00 | | 0.00 | FA |
| 4 | Accounts Receivable<br>Blanket Lien of BMO Harris $931,342.16 | 308,250.00 | 0.00 | | 0.00 | FA |
| 5 | The Brasco Group, Inc. For Improvements To Real | 137,192.00 | 0.00 | | 0.00 | FA |
| 6 | Bradford Carpenter For Pre-Petition Loans Advanc | 144,311.00 | 0.00 | | 0.00 | FA |
| 7 | Machinery<br>Blanket Lien of BMO Harris $931,342.16 | 42,593.00 | 0.00 | | 0.00 | FA |
| 8 | Inventory<br>Blanket Lien of BMO Harris $931,342.16 | 265,859.00 | 0.00 | | 0.00 | FA |
| 9 | Preference settlement (u) | 20,000.00 | 20,000.00 | | 58,660.81 | FA |
| | **Assets    Totals**     (Excluding unknown values) | **$933,549.08** | **$20,000.00** | | **$58,660.81** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case No.:** 13-20911  
**Case Name:** One Source Supply Company, Inc.  
**For Period Ending:** 12/15/2015

**Trustee Name:** (330580) David R. Brown  
**Date Filed (f) or Converted (c):** 02/26/2014 (c)  
**§ 341(a) Meeting Date:** 03/28/2014  
**Claims Bar Date:** 04/27/2015

**Major Activities Affecting Case Closing:**

All preference funds have been collected. Trustee to review claims and file objections thereto if necessary and Accountant to file estate tax returns. Final Report will then be filed.
Related case is OS2 Manufacturing Company (consolidated in Ch. 11)

**Initial Projected Date Of Final Report (TFR):** 03/15/2015          **Current Projected Date Of Final Report (TFR):** 02/15/2016

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 13-20911 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | One Source Supply Company, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9478 | Account #: | ******6600 Checking |
| For Period Ending: | 12/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2015 | {9} | Aargus Plastics, Inc | preference settlement | 1241-000 | 3,000.00 |  | 3,000.00 |
| 04/30/2015 | {9} | Reeves and Sherrick Co, LPA | preference payment for BRP Mfg. | 1241-000 | 9,489.62 |  | 12,489.62 |
| 04/30/2015 | {9} | York Corrugated Container | Preference settlement | 1241-000 | 4,000.00 |  | 16,489.62 |
| 04/30/2015 | {9} | Saint-Gobain Abrasives Inc | Preference settlement | 1241-000 | 5,000.00 |  | 21,489.62 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 28.84 | 21,460.78 |
| 06/04/2015 | {9} | 3M | Preference settlement | 1241-000 | 10,000.00 |  | 31,460.78 |
| 06/04/2015 | {9} | TapeCase Ltd | Preference Settlement | 1241-000 | 7,500.00 |  | 38,960.78 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 53.89 | 38,906.89 |
| 07/16/2015 | {9} | American Express Travel Related Services | Preference settlement payment | 1241-000 | 13,671.19 |  | 52,578.08 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 67.00 | 52,511.08 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 73.01 | 52,438.07 |
| 09/23/2015 | {9} | JP Morgan Chase Bank | settlement full payment | 1241-000 | 6,000.00 |  | 58,438.07 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 13-20911 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | One Source Supply Company, Inc. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9478 | Account #: | ******6600 Checking |
| For Period Ending: | 12/15/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.18 | 58,355.89 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.93 | 58,271.96 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.02 | 58,190.94 |
| | | | **COLUMN TOTALS** | | 58,660.81 | 469.87 | $58,190.94 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 58,660.81 | 469.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $58,660.81 | $469.87 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Exhibit B**

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-20911 | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | One Source Supply Company, Inc. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9478 | **Account #:** | ******6600 Checking |
| **For Period Ending:** | 12/15/2015 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $58,660.81 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $58,660.81 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6600 Checking | $58,660.81 | $469.87 | $58,190.94 |
| | **$58,660.81** | **$469.87** | **$58,190.94** |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

Case: 13-20911                ONE SOURCE SUPPLY COMPANY, INC.

Claims Bar Date: 04/27/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4S | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 06/07/13 | | $125,000.00 $125,000.00 | $0.00 | $125,000.00 |
| 11 | Department of Treasury Internal Revenue Service, <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 07/23/13 | | $11,326.55 $11,326.55 | $0.00 | $11,326.55 |
| ACCT FEES | Alan D. Lasko & Associates, PC 205 West Randolph Street Suite 1150 Chicago, IL 60606 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 11/06/15 | | $1,149.60 $1,149.60 | $0.00 | $1,149.60 |
| ADV filing | THE CLERK OF BANKRUPTCY COURT 219 S. Dearborn Street Chicago, IL 60604 Attn: Fiscal Dept., <2700-000 Clerk of the Court Fees> , 200 | Administrative 11/06/15 | | $2,100.00 $2,100.00 | $0.00 | $2,100.00 |
| | Filing fees ($350 each) for Adversary cases 15-00063, 15-00064, 15-00065, 15-00066, 15-00067 and 15-00164 | | | | | |
| ATTY EXP | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 11/06/15 | | $443.20 $443.20 | $0.00 | $443.20 |
| ATTY FEES | SPRINGER BROWN, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 11/06/15 | | $36,935.00 $36,935.00 | $0.00 | $36,935.00 |
| TR COMP | David R. Brown 400 South County Farm Road Suite 330 Wheaton, IL 60187 <2100-000 Trustee Compensation> , 200 | Administrative 11/06/15 | | $6,183.04 $6,183.04 | $0.00 | $6,183.04 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

Case: 13-20911                                                   ONE SOURCE SUPPLY COMPANY, INC.

Claims Bar Date: 04/27/15

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | Office of the US Trustee, <2990-000 Other Chapter 7 Administrative Expenses> , 200 | Administrative 04/17/14 | | $6,825.00 $6,825.00 | $0.00 | $6,825.00 |
| CH 11 Atty Exp | Freeborn & Peters, LLP 311 S. Wacker Drive Suite 3000 Chciago, IL 60606 <6220-170 Attorney for D-I-P Expenses (Chapter 11)> , 300 Order approving expenses entered 5/19/15 | Administrative 11/06/15 | | $3,957.85 $3,957.85 | $0.00 | $3,957.85 |
| CH 11 Atty | Freeborn & Peters, LLP 311 S. Wacker Drive Suite 3000 Chciago, IL 60606 <6210-160 Attorney for D-I-P Fees (Chapter 11)> , 300 Order approving fees entered 5/19/15 | Administrative 11/06/15 | | $70,162.12 $70,019.32 | $0.00 | $70,019.32 |
| 2P | 3M Company Alan Brown, Special Counsel, <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 06/03/13 | | $19,904.76 $19,904.76 | $0.00 | $19,904.76 |
| 1 | H E Baumrucker Co, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/31/13 | | $13,834.84 $13,834.84 | $0.00 | $13,834.84 |
| 2U | 3M Company Alan Brown, Special Counsel, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/03/13 | | $41,068.45 $41,068.45 | $0.00 | $41,068.45 |
| 3 | Saint-Gobain Abrasives, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/04/13 | | $17,265.67 $17,265.67 | $0.00 | $17,265.67 |
| 4U | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/07/13 | | $938,202.20 $938,202.20 | $0.00 | $938,202.20 |

# Exhibit C

## Analysis of Claims Register

**Case: 13-20911**  **ONE SOURCE SUPPLY COMPANY, INC.**

Claims Bar Date: 04/27/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 5 | Storopack, Inc, Euler Hermes North America Insurance Co., Agent of Storopack, Inc,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/14/13 | | $14,692.28<br>$14,692.28 | $0.00 | $14,692.28 |
| 6 | Batavia Container, Inc Euler Hermes North America Ins., Co., Agent of Batavia Container, Inc,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/17/13 | | $47,988.22<br>$47,988.22 | $0.00 | $47,988.22 |
| 7 | MSC Industrial Supply Co Attn: Legal Dept,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/28/13 | | $4,525.93<br>$4,525.93 | $0.00 | $4,525.93 |
| 8 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/01/13 | | $63,510.34<br>$63,510.34 | $0.00 | $63,510.34 |
| 9 | Wipeco Inc,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/01/13 | | $17,174.83<br>$17,174.83 | $0.00 | $17,174.83 |
| 10 | American Express Bank, FSB c o Becket and Lee LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/05/13 | | $4,968.72<br>$4,968.72 | $0.00 | $4,968.72 |
| 12 | Toyota Lease Trust,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/26/13 | | $14,558.04<br>$14,558.04 | $0.00 | $14,558.04 |
| 13 | York Corrugated Container c/o Barbara L Yong, Golan & Christie, LLP,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/22/13 | | $17,309.03<br>$17,309.03 | $0.00 | $17,309.03 |
| 14 | U.S. Bank NA dba U.S. Bank Equipment Finance,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/19/14 | | $3,671.70<br>$3,671.70 | $0.00 | $3,671.70 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Analysis of Claims Register

**Case: 13-20911**  **ONE SOURCE SUPPLY COMPANY, INC.**

Claims Bar Date: 04/27/15

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 15 | United Parcel Service (Freight) c/o Receivable Management Services ("RMS,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/04/14 | | $391.26<br>$391.26 | $0.00 | $391.26 |
| 17 | Financial Pacific Leasing, Inc. c/o Amrit S. Kapai Askounis & Darcy, PC,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/05/15 | | $29,856.91<br>$29,856.91 | $0.00 | $29,856.91 |
| 18 | Abrasic 9 Inc dba CGW Camel Grining Wheels,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/06/15 | | $5,027.37<br>$5,027.37 | $0.00 | $5,027.37 |
| 19 | IMS- Partners,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/09/15 | | $1,656.50<br>$1,656.50 | $0.00 | $1,656.50 |
| 20 | BRP Mfg,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/16/15 | | $82,793.70<br>$82,793.70 | $0.00 | $82,793.70 |
| 21 | American Express Bank, FSB c o Becket and Lee LLP,<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>06/22/15 | | $4,113.40<br>$4,113.40 | $0.00 | $4,113.40 |
| 22 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP,<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>06/22/15 | | $1,388.56<br>$1,388.56 | $0.00 | $1,388.56 |
| 23 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP,<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>06/22/15 | | $4,419.23<br>$4,419.23 | $0.00 | $4,419.23 |
| 24 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP,<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>06/22/15 | | $3,750.00<br>$3,750.00 | $0.00 | $3,750.00 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

# Analysis of Claims Register

**Case: 13-20911**          **ONE SOURCE SUPPLY COMPANY, INC.**

Claims Bar Date: 04/27/15

|  | **Case Total:** | **$0.00** | **$1,616,011.50** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-20911
Case Name: ONE SOURCE SUPPLY COMPANY,
Trustee Name: David R. Brown

**Balance on hand:** $ 58,190.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 125,000.00 | 125,000.00 | 0.00 | 0.00 |
| 11 | Department of Treasury Internal Revenue Service | 11,326.55 | 11,326.55 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 58,190.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David R. Brown | 6,183.04 | 0.00 | 6,183.04 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 36,935.00 | 0.00 | 36,935.00 |
| Charge, U.S. Bankrupcy Court | 2,100.00 | 0.00 | 2,100.00 |
| Other Chapter 7 Administrative Expenses - Office of the US Trustee | 6,825.00 | 0.00 | 6,825.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 443.20 | 0.00 | 443.20 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 1,149.60 | 0.00 | 1,149.60 |

Total to be paid for chapter 7 administrative expenses: $ 53,635.84
Remaining balance: $ 4,555.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees (Chapter 11) - Freeborn & Peters, LLP | 70,162.12 | 0.00 | 4,311.40 |
| Attorney for D-I-P Expenses (Chapter 11) - Freeborn & Peters, LLP | 3,957.85 | 0.00 | 243.70 |

UST Form 101-7-TFR(5/1/2011)

| | Total to be paid for prior chapter administrative expenses: | $ | 4,555.10 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,904.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | 3M Company Alan Brown, Special Counsel | 19,904.76 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,318,495.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | H E Baumrucker Co | 13,834.84 | 0.00 | 0.00 |
| 2U | 3M Company Alan Brown, Special Counsel | 41,068.45 | 0.00 | 0.00 |
| 3 | Saint-Gobain Abrasives | 17,265.67 | 0.00 | 0.00 |
| 4U | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 938,202.20 | 0.00 | 0.00 |
| 5 | Storopack, Inc, Euler Hermes North America Insurance Co., Agent of Storopack, Inc | 14,692.28 | 0.00 | 0.00 |
| 6 | Batavia Container, Inc Euler Hermes North America Ins., Co., Agent of Batavia Container, Inc | 47,988.22 | 0.00 | 0.00 |
| 7 | MSC Industrial Supply Co Attn: Legal Dept | 4,525.93 | 0.00 | 0.00 |
| 8 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 63,510.34 | 0.00 | 0.00 |
| 9 | Wipeco Inc | 17,174.83 | 0.00 | 0.00 |
| 10 | American Express Bank, FSB c o Becket and Lee LLP | 4,968.72 | 0.00 | 0.00 |
| 12 | Toyota Lease Trust | 14,558.04 | 0.00 | 0.00 |
| 13 | York Corrugated Container c/o Barbara L Yong, Golan & Christie, LLP | 17,309.03 | 0.00 | 0.00 |
| 14 | U.S. Bank NA dba U.S. Bank Equipment Finance | 3,671.70 | 0.00 | 0.00 |
| 15 | United Parcel Service (Freight) c/o Receivable Management Services ("RMS | 391.26 | 0.00 | 0.00 |
| 17 | Financial Pacific Leasing, Inc. c/o Amrit S. Kapai Askounis & Darcy, PC | 29,856.91 | 0.00 | 0.00 |
| 18 | Abrasic 9 Inc dba CGW Camel Grining Wheels | 5,027.37 | 0.00 | 0.00 |
| 19 | IMS- Partners | 1,656.50 | 0.00 | 0.00 |
| 20 | BRP Mfg | 82,793.70 | 0.00 | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

|   | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $13,671.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | American Express Bank, FSB c o Becket and Lee LLP | 4,113.40 | 0.00 | 0.00 |
| 22 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 1,388.56 | 0.00 | 0.00 |
| 23 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 4,419.23 | 0.00 | 0.00 |
| 24 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 3,750.00 | 0.00 | 0.00 |

|   | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|   | None | | | |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**