**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: One Source Supply Company, Inc.          §          Case No. 13-20911
                                                §
                                                §
                                                §
              Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David R. Brown</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

US Bankruptcy Court Clerk
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/27/2016 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>12/15/2015</u>                                    By: /s/ David R. Brown
                                                            Title

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: One Source Supply Company, Inc. § § § § | | Case No. 13-20911 |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 58,660.81 |
| *and approved disbursements of:* | $ | 469.87 |
| *leaving a balance on hand of[1]:* | $ | 58,190.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 125,000.00 | 125,000.00 | 0.00 | 0.00 |
| 11 | Department of Treasury Internal Revenue Service | 11,326.55 | 11,326.55 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 58,190.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - David R. Brown | 6,183.04 | 0.00 | 6,183.04 |
| Attorney for Trustee Fees - SPRINGER BROWN, LLC | 36,935.00 | 0.00 | 36,935.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 443.20 | 0.00 | 443.20 |
| Charge, U.S. Bankrupcy Court | 2,100.00 | 0.00 | 2,100.00 |
| Accountant for Trustee Fees (Other Firm) - Alan D. Lasko & Associates, PC | 1,149.60 | 0.00 | 1,149.60 |
| Other Chapter 7 Administrative Expenses - Office of the US Trustee | 6,825.00 | 0.00 | 6,825.00 |

Total to be paid for chapter 7 administrative expenses: $ 53,635.84
Remaining balance: $ 4,555.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for D-I-P Fees (Chapter 11) - Freeborn & Peters, LLP | 70,162.12 | 0.00 | 4,311.40 |
| Attorney for D-I-P Expenses (Chapter 11) - Freeborn & Peters, LLP | 3,957.85 | 0.00 | 243.70 |

Total to be paid for prior chapter administrative expenses: $ 4,555.10
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $19,904.76 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | 3M Company Alan Brown, Special Counsel | 19,904.76 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $1,318,495.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | H E Baumrucker Co | 13,834.84 | 0.00 | 0.00 |
| 2U | 3M Company Alan Brown, Special Counsel | 41,068.45 | 0.00 | 0.00 |
| 3 | Saint-Gobain Abrasives | 17,265.67 | 0.00 | 0.00 |
| 4U | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the Federal D c/o Matthew M. Hevrin Hinshaw & Culbertson LLP | 938,202.20 | 0.00 | 0.00 |
| 5 | Storopack, Inc, Euler Hermes North America Insurance Co., Agent of Storopack, Inc | 14,692.28 | 0.00 | 0.00 |
| 6 | Batavia Container, Inc Euler Hermes North America Ins., Co., Agent of Batavia Container, Inc | 47,988.22 | 0.00 | 0.00 |
| 7 | MSC Industrial Supply Co Attn: Legal Dept | 4,525.93 | 0.00 | 0.00 |
| 8 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 63,510.34 | 0.00 | 0.00 |
| 9 | Wipeco Inc | 17,174.83 | 0.00 | 0.00 |
| 10 | American Express Bank, FSB c o Becket and Lee LLP | 4,968.72 | 0.00 | 0.00 |
| 12 | Toyota Lease Trust | 14,558.04 | 0.00 | 0.00 |
| 13 | York Corrugated Container c/o Barbara L Yong, Golan & Christie, LLP | 17,309.03 | 0.00 | 0.00 |
| 14 | U.S. Bank NA dba U.S. Bank Equipment Finance | 3,671.70 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 15 | United Parcel Service (Freight) c/o Receivable Management Services ("RMS | 391.26 | 0.00 | 0.00 |
| 17 | Financial Pacific Leasing, Inc. c/o Amrit S. Kapai Askounis & Darcy, PC | 29,856.91 | 0.00 | 0.00 |
| 18 | Abrasic 9 Inc dba CGW Camel Grining Wheels | 5,027.37 | 0.00 | 0.00 |
| 19 | IMS- Partners | 1,656.50 | 0.00 | 0.00 |
| 20 | BRP Mfg | 82,793.70 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $        0.00
Remaining balance:     $        0.00

Tardily filed claims of general (unsecured) creditors totaling $13,671.19 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 21 | American Express Bank, FSB c o Becket and Lee LLP | 4,113.40 | 0.00 | 0.00 |
| 22 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 1,388.56 | 0.00 | 0.00 |
| 23 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 4,419.23 | 0.00 | 0.00 |
| 24 | American Express Travel Related Services Company, Inc. c o Becket and Lee LLP | 3,750.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:     $        0.00
Remaining balance:     $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

David R. Brown: /s/ David R. Brown
Trustee

David R. Brown
400 South County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-20911-TAB
One Source Supply Company, Inc.                                           Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: mrahmoun              Page 1 of 4              Date Rcvd: Jan 06, 2016
                                  Form ID: pdf006             Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2016.
```
db            #+One Source Supply Company, Inc.,    2605 White Oak Circle,    Unit C,   Aurora, IL 60502-4811
aty            +Freeborn & Peters LLP,    311 South Wacker Drive   Suite 3000,    Chicago, IL 60606-6679
20700475       +31 Moons, LLC,    P.O. Box 1004,    Lockport, IL 60441-1904
20497745       +3M,    2807 Paysphere Circle,    Chicago, IL 60674-0028
20567403       +3M Company,    Alan Brown, Special Counsel,    to 3M, 3M Center, 220-9E-02,
                 St. Paul, MN 55144-0001
22905196       +Abrasic 9 Inc,    dba CGW Camel Grining Wheels,    7525 N Oak Park Ave,    Niles, IL 60714-3819
20497746       +Adhesive Systems,    9405 Corsair Road,    Frankfort, IL 60423-2544
20700476       +All State Staple,    201 Scott Street,    Elk Grove Village, IL 60007-1212
20700477        All-States,    602 North Street Street,    Saint Charles, IL 60174
20700479        American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
20695019        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20682312        American Express Travel Related Services,    Company, Inc.,    c o Becket and Lee LLP,    POB 3001,
                 Malvern, PA 19355-0701
20700480       +AutoQuip,    70 Airport Drive,    Kimball, MI 48074-4404
20700481       +B.E. Atlas Co.,    4300 North Kilpatrick Avenue,    Chicago, IL 60641-1592
20497747       +BCI,    P.O. Box 550,    Batavia, IL 60510-0550
20581152       +BMO Harris Bank, N.A.,    FKA Harris, NA Assignee of the Federal D,    c/o Matthew M. Hevrin,
                 Hinshaw & Culbertson LLP,    100 Park Avenue,    Rockford, IL 61101-1099
20757574        BMO Harris as Assignee of FDIC,    as Receiver for Amcore Bank N.A.,    P.O. Box 4320,
                 Carol Stream, IL 60197-4320
20497749       +BRP Mfg,    637 North Jackson Street,    Lima, OH 45801-4125
20618509       +Batavia Container, Inc,    Euler Hermes North America Ins., Co.,,
                 Agent of Batavia Container, Inc,    800 Red Brook Blvd,    Owings Mills, MD 21117-5173
20497748        Blue Cross Blue Shield,    25550 Network Place,    Chicago, IL 60673-1255
20700483       +Bob's Salt & Feed Service,    126 Wood Street,    West Chicago, IL 60185-2805
20757573       #+Bradford R. Carpenter,    2393 South Shore Boulevard,    White Bear Lake, MN 55110-3821
20700484        Brady Worldwide,    P.O. Box 71995,    Chicago, IL 60694-1995
23167667       +C. Randall Woolley, Esq.,    Askounis & Darcy, PC,    444 North Michigan Avenue,    Suite 3270,
                 Chicago, IL 60611-3906
20497750        Camel Grinding Wheels USA,    7525 North Oak Park Avenue,    Niles, IL 60714-3819
20497751        Caplugs,    P.O. Box 104,    Buffalo, NY 14240-0104
20497752       +Clark Foam Products,    655 Remington Boulevard,    Bolingbrook, IL 60440-4822
20497753        Copper and Brass Sales,    P.O. Box 77040,    Detroit, MI 48277-7040
20700485        Cortec Corp.,    CM 9738 P.O. Box 70870,    Saint Paul, MN 55170-9738
20700486       +Cyclone Manufacturing,    P.O. Box 815,    56850 Woodhouse Street,    Dowagiac, MI 49047-7735
20700488        DP Systems LLC,    P.O. Box 828,    Addison, IL 60101-0828
20497754        Dynabrade,    8989 Sheridan Drive,    Clarence, NY 14031-1490
20700489        Eclectic Products,    Drawer CS 198564,    Atlanta, GA 30384-8564
20700490       +Erie Insurance Group,    100 Erie Insurance Place,    Erie, PA 16530-0001
20700492       +FPC Corp.,    355 Hollow Hill Drive,    Wauconda, IL 60084-9794
20700491       +Field Tool Supply,    2358 North Seeley Avenue,    Chicago, IL 60647-3327
21656742       +Financial Pacific Leasing, Inc.,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
                 444 N. Michigan Ave., Ste. 3270,    Chicago, IL 60611-3906
21656818       +Financial Pacific Leasing, Inc.,    c/o Amrit S. Kapai,    Askounis & Darcy, PC,
                 444 N. Michigan Ave., Ste. 3270,    Chicago, IL 60611-3906
21656797       +Financial Pacific Leasing, Inc.,    c/o D. Alexander Darcy,    Askounis & Darcy, PC,
                 444 N. Michigan Ave., Ste. 3270,    Chicago, IL 60611-3906
23163593       +Financial Pacific Leasing, Inc.,    c/o C. Randall Woolley,    Askounis & Darcy, PC,
                 444 N. Michigan Ave., Ste. 3270,    Chicago, IL 60611-3906
20700496       +GW Fastener Products USA Corp.,    c/o OEC,    13100 Alondra Blvd., Suite 100,
                 Cerritos, CA 90703-2262
20700494        Groot Industries, Inc.,    P.O. Box 309,    Elk Grove Village, IL 60009-0309
20700495        Guardian,    P.O. Box 95101,    Chicago, IL 60694-5101
20700497       +H E Baumrucker,    1460 Industrial Road,    Attn: A/R,    Itasca, IL 60143-1848
20497755       +H E Baumrucker Co,    1460 Industrial Dr,    Itasca, IL 60143-1848
20700498       +HBD,    P.O. Drawer 20307,    Greensboro, NC 27420-0307
20700499       +HLB Tautges Redpath, Ltd.,    5810 White Bear Parkway,    White Bear Lake, MN 55110
20700500       +Horizon Distributors,    1890 Chrysler Drive,    Belvidere, IL 61008-6027
20700501        House of Cans,    7060 North Lawndale Avenue,    Lincolnwood, IL 60712-2610
20700502        IMS- Partners,    2730 Greenleaf Avenue,    Elk Grove Village, IL 60007-5514
20700503       +Industrial Rivet 7 Fastener,    200 Paris Avenue,    Northvale, NJ 07647-2205
20700504       +JK Consulting,    P.O. Box 835,    Lockport, IL 60441-0835
20700505        L W Meyer Inc.,    P.O. Box 557,    Waukesha, WI 53187-0557
20700506       +Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
20700507       +Manufacturers Warehouse,    Supply, Ltd,    3 North Hickory Avenue,
                 Arlington Heights, IL 60004-6204
20700508       +McCracken & Frank LLP,    311 South Wacker Drive,    Suite 2500,    Chicago, IL 60606-6674
20700509        McMaster-Carr,    P.O. Box 7690,    Chicago, IL 60680-7690
20700510       +Minnesota Glove,    c/o Western Bank,    P.O. Box 64698,    Saint Paul, MN 55164-0698
20700511        Morse Cutting Tools,    P.O. Box 670645,    Detroit, MI 48267-0645
20700512       +National Oak Distributors,    P.O. Box 24631,    West Palm Beach, FL 33416-4631
20700513       +National Towelette Company,    1726 Woodhaven Drive,    Bensalem, PA 19020-7108
20700515       +OS2 Manufacturing Company,    2605 White Oak Circle,    Unit C,   Aurora, IL 60502-4811
```

```
District/off: 0752-1              User: mrahmoun             Page 2 of 4                Date Rcvd: Jan 06, 2016
                                  Form ID: pdf006            Total Noticed: 96


20700516       PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
20497757      +Prime Time Delivery,   229 Dover Court,   Sugar Grove, IL 60554-5412
20700518       QBE Insurance Corporation,   P.O. Box 5438,   New York, NY 10087-5438
20700519      +Reiff & Nestor,   P.O. Box 147,   Lykens, PA 17048-0147
20700520       Republic Drill,   P.O. Box 1606,   Melrose Park, IL 60161-1606
20700521       Richmark Medical Supply,   P.O. Box 955588,   Saint Louis, MO 63195-5588
20700522       Royal Adhesives and,   Sealants, LLC,   P.O. Box 711886,   Cincinnati, OH 45271-1886
20497758      +Saint-Gobain Abrasives,   1 New Bond St.,   Worcester, MA 01606-2614
20700523       Saint-Gobain Abrasives,   25079 Network Place,   Chicago, IL 60673-1250
20700524      +Schild Manufacturing,   1150 Holstein Drive NE,   Pine City, MN 55063-1464
20497760      +SmithAmundsen,   150 North Michigan Avenue,   Suite 3300,   Chicago, IL 60601-6004
20497761       Storopack,   Department C,   Location 00207,   Cincinnati, OH 45264-0207
20613686      +Storopack, Inc, Euler Hermes,   North America Insurance Co.,,   Agent of Storopack, Inc,
                 800 Red Brook Blvd,   Owings Mills, MD 21117-5173
20497762      +TapeCase Ltd.,   420 Northgate Parkway,   Wheeling, IL 60090-2647
20777475       Toyota Lease Trust,   PO Box 8026,   Cedar Rapids, Iowa   52408-8026
20700525      +Trent Manufacturing,   6212 Carnegie Avenue,   Cleveland, OH 44103-4614
21542571      +U.S. Bank NA dba U.S. Bank Equipment Finance,   1310 Madrid St,   Marshall MN 56258-4099
20700527       UPS,   P.O. Box 7247-0244,   Philadelphia, PA 19170-0001
20700528       UPS Freight,   28013 Network Place,   Chicago, IL 60673-1280
21755942      +United Parcel Service (Freight),   c/o Receivable Management Services ("RMS,   P.O. Box 4396,
                 Timonium, MD 21094-4396
20700529       VCI 2000,   1923 Paysphere Circle,   Chicago, IL 60674-1923
20700530       Warrenville Ace Hardware,   2 South 541 Route 50,   Warrenville, IL 60555
20700531       West Coast Life Insurace Company,   P.O. Box 2224,   Birmingham, AL 35246-0030
20497763      +Wipeco Inc,   250 North Mannheim Road,   Unit B,   Hillside, IL 60162-1835
20700532      +Wolf Creek Business Association,   c/o REM Management,   1031 East Woodfield Road,
                 Schaumburg, IL 60173-4706
20497764      +York Corrugated Cont.,   120 West Lake Drive,   Glendale Heights, IL 60139-4818
20904143      +York Corrugated Container,   c/o Barbara L Yong, Golan,   & Christie, LLP,
                 70 W Madison St., Suite 1500,   Chicago, IL 60602-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20754179       E-mail/Text: cio.bncmail@irs.gov Jan 07 2016 00:47:23
                 Department of Treasury  Internal Revenue Service,   P O Box 7346,
                 Philadelphia, PA  19101-7346
20700487       E-mail/Text: mrdiscen@discover.com Jan 07 2016 00:47:01      Discover Financial Services,
                 P.O. Box 6103,   Carol Stream, IL 60197-6103
20680709      +E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Jan 07 2016 00:47:08
                 MSC Industrial Supply Co,   Attn: Legal Dept,   75 Maxess Rd,   Melville, NY 11747-3151
20497756       E-mail/Text: creditdept3rdpartyBKR@mscdirect.com Jan 07 2016 00:47:01
                 MSC Industrial Supply Co.,   P.O. Box 382070,   Pittsburgh, PA 15250-8070
20700514       E-mail/Text: bankrup@aglresources.com Jan 07 2016 00:46:50      Nicor,   P.O. Box 0632,
                 Aurora, IL 60507-0632
21810291      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 07 2016 00:47:58      Office of the US Trustee,
                 219 S Dearborn St,   Room 873,   Chicago, IL 60604-2027
20700526      +E-mail/Text: accounts.receivable@uline.com Jan 07 2016 00:48:44      Uline,
                 Attn: Accounts Receivable,   2200 South Lakeside Drive,   Waukegan, IL 60085-8311
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21841526      ADS Solutions Corporation
21841527      AT&T Long Distance
21841561      Com Ed
21841528      Elk Grove Industrial
21841529      Erikson Electrical Construction Co.
21841530      Falcon Leasing
21841531      Federal Express
21841532      Freeborn & Peters LLP
21841533      Hinckley Springs
21841534      Martech Services
21841535      Masterman’s, LLP
21841536      PAETEC
21841537      Sellars Wipers & Sorbents
21841538      Total Fire & Safety, Inc.
21841539      Travelers
21841540      US Trustee
21841562      US Trustee
21841541      United States Plastic
21841542      West Chester Holdings, Inc.
23415603*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
23415604*      American Express Travel Related Services,   Company, Inc.,   c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
23415605*      American Express Travel Related Services,   Company, Inc.,   c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
23415606*      American Express Travel Related Services,   Company, Inc.,   c o Becket and Lee LLP,   POB 3001,
                 Malvern, PA 19355-0701
22924266*      American Express Travel Related Services Company,   Inc,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern  PA 19355-0701
20700482*     +BCI,   P.O. Box 550,   Batavia, IL 60510-0550
```

```
District/off: 0752-1            User: mrahmoun             Page 3 of 4              Date Rcvd: Jan 06, 2016
                                Form ID: pdf006            Total Noticed: 96


             ***** BYPASSED RECIPIENTS (continued) *****
22910892*      +IMS Partners,    2730 Greenleaf Ave,    Elk Grove Village, IL 60007-5514
21810295*      +Office of the US Trustee,    219 S Dearborn St   Room 873,    Chicago, IL 60604-2027
20700517*      +Prime Time Delivery,    229 Dover Court,    Sugar Grove, IL 60554-5412
20700478     ##+Alpha Innovation,    237 Washington Street,    Marblehead, MA 01945-3334
20700493     ##+Global Fastner Engineering Inc.,    355 Hollow Hill Drive,    Wauconda, IL 60084-9794
20497759     ##+Shercon,   P.O. Box 709,    Cypress, CA 90630-0709
                                                                                    TOTALS: 19, * 9, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Defendant    3M Company ahammer@sugarfgh.com,
               chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocke
               t@sugarfgh.com;dmadden@sugarfgh.com
              Alex   Darcy    on behalf of Creditor    Financial Pacific Leasing, Inc adarcy@askounisdarcy.com
              Amrit S Kapai    on behalf of Creditor    Financial Pacific Leasing, Inc akapai@askounisdarcy.com
              Barbara L Yong    on behalf of Creditor    York Corrugated Container Company
               blyong@golanchristie.com,    mperez@golanchristie.com;myproductionss@gmail.com
              Charles R Woolley    on behalf of Creditor    Financial Pacific Leasing, Inc
               rwoolley@askounisdarcy.com
              David  Brown, ESQ    on behalf of Plaintiff    David R. Brown dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ    on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David  Brown, ESQ    on behalf of Accountant Alan D Lasko dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David R Brown, ESQ   dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Elizabeth A. Bates    on behalf of Plaintiff    David R. Brown ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Trustee David R Brown, ESQ ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth L Janczak    on behalf of Debtor 1    One Source Supply Company, Inc.
               ejanczak@freeborn.com,   bkdocketing@freeborn.com
              James M Philbrick    on behalf of Creditor    Toyota Motor Credit Corporation jmphilbrick@att.net
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kathleenmmcguirelaw@gmail.com,
               kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
              Lauren  Newman    on behalf of Defendant    Aargus Plastics, Inc. lnewman@thompsoncoburn.com,
               jhampton@thompsoncoburn.com
              Matthew M. Hevrin    on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
               mhevrin@hinshawlaw.com,   jfornal@hinshawlaw.com
              Michael A Brandess    on behalf of Defendant    3M Company mbrandess@SugarFGH.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Lauter    on behalf of Debtor 1    One Source Supply Company, Inc. rlauter@freeborn.com,
               bkdocketing@freeborn.com;jhazdra@ecf.inforuptcy.com
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
              Terri M Long    on behalf of Creditor    VW Credit, Inc. tmlong@tmlong.com,   Courts@tmlong.com
```

```
District/off: 0752-1          User: mrahmoun            Page 4 of 4           Date Rcvd: Jan 06, 2016
                              Form ID: pdf006           Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Thomas R. Fawkes    on behalf of Debtor 1    OS2 Manufacturing Company tomf@restructuringshop.com, tomf@ecf.courtdrive.com

          Thomas R. Fawkes    on behalf of Debtor 1    One Source Supply Company, Inc. tomf@restructuringshop.com, tomf@ecf.courtdrive.com

          Thomas V Askounis    on behalf of Creditor    Financial Pacific Leasing, Inc taskounis@askounisdarcy.com, akapai@askounisdarcy.com

          TOTAL: 25