UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13bk20911 |
| ONE SOURCE SUPPLY COMPANY, INC. ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO DAVID BROWN, ESQ. AND THE FIRM OF SPRINGER BROWN, LLC, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 36,935.00 | TOTAL COSTS REQUESTED: | $ 443.20 |
| TOTAL FEES REDUCED: | $ 3,727.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 33,207.50 | TOTAL COSTS ALLOWED: | $ 443.20 |

**TOTAL FEES AND COSTS ALLOWED: $33,650.70**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $2,149.50**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(2)    Improper Time Increments for Billing – TOTAL of disallowed amounts: $1,098.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, counsel appears to always charge 1.0 for court hearings regardless of actual hearing time.

(3)     **No Benefit to the Estate – TOTAL of disallowed amounts: $80.00**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work prior to retention to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

In this case, only noting an entry on the docket or receiving a filing is not compensable.

(4)     **Insufficient Description – TOTAL of disallowed amounts: $160.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(5)     **Duplication of Services – TOTAL of disallowed amounts: $240.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

15 APR 2016

Dated: _____ , 2015

Timothy A. Barnes
United States Bankruptcy Judge

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 01/19/15 | Prepared Motion to Employ, Notice and proposed Order | 1.0 | $400.00 | EAB | |
| 07/14/15 | Draft Motion to Employ Accountant for Trustee, Notice and proposed Order | 1.0 | $425.00 | DRB | |
| 11/16/15 | Review all time entries; import into excel and divide all time into eight categories | 2.6 | $975.00 | MMS | (1) Lumping |
| 11/23/15 | Draft Narrative for Final Fee Application as Counsel to the Trustee | 2.8 | $1,050.00 | MMS | |
| | TOTAL: | 7.4 | $2,850.00 | | |

**Employment of Professionals and
Preparation of Fee Applications
Exhibit A**

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 01/22/15 | Worked on preference complaints and responses to preference complaints | 3.2 | $1,280.00 | EAB | (1) Lumping |
| 01/22/15 | Telephone conference with S. Sigler regarding additional info; email from S. Siegler with additional info; worked on preference demand responses and replies | 2.1 | $840.00 | EAB | (1) Lumping |
| 03/10/15 | Adversaries: Attended initial status hearing for five adversaries; emails to and from L. Newman on status hearing and terms of Settlement Agreement(s). Emails to and from C. Oswald on settlement proposal. | 2.7 | $1,080.00 | EAB | (1) Lumping |
| 06/03/15 | Attendance at hearing on motion to approve preference settlements | 1.0 | $370.00 | JDG | (2) Improper Time Increments |
| 06/29/15 | Prepare Dismissal Order for Chase Bank, American Express, 3M Company, and TapeCase adversary proceedings | 0.3 | $120.00 | EAB | |
| 07/31/15 | Draft Motion to Abandon Truck, Notice and proposed Order | 1.0 | $425.00 | DRB | (2) Improper Time Increments |
| 08/19/15 | Court Appearance on Motion to Abandon | 1.0 | $425.00 | DRB | |
| 09/15/15 | attended status hearing; (1.0); rec. executed agreement from Chase; emails to and from K. Driscoll on payments(.6) | 1.6 | $640.00 | EAB | (1) Lumping |
| 09/16/15 | rec. Minute Order | 0.2 | $80.00 | EAB | |
| 10/07/15 | Court Appearance on Motion to Dismiss and status | 1.0 | $425.00 | DRB | (2) Improper Time Increments |
| | TOTAL: | 14.1 | $5,685.00 | | |

**Time Common to all Adversaries
and Motion to Abandon
Exhibit A**

## ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 01/23/15 | Reviewed responses to preference demands and prepared replies; emails to and from K. Rehan on additional documents | 2.3 | $920.00 | EAB | (1) Lumping |
| 01/26/15 | Telephone conference with B. Yong (attorney York Corragated) regarding counter-offer; emails to and from B. Yong confirming settlement | 0.7 | $280.00 | EAB | (1) Lumping |
| 01/28/15 | Prepared York Corrugated and Saint Gobain settlement agreements | 0.7 | $280.00 | EAB | |
| 01/29/15 | Worked on Motion to Approve Compromise; worked on St. Gobain and York settlement agreements; emails to attorneys with settlement agreements | 1.3 | $520.00 | EAB | (1) Lumping |
| 01/30/15 | Emails to and from L. Ellman (representing HE Baumrocher) on additional info for preference defenses | 0.4 | $160.00 | EAB | |
| 02/03/15 | Telephone Conference with D. John's on contemporary exchange and new value defenses | 0.3 | $120.00 | EAB | |
| 02/04/15 | Emails to and from B. Yong on settlement agreement and motion to compromise | 0.4 | $160.00 | EAB | |
| 02/10/15 | Worked on motion to compromise and settlement agreement | 1.0 | $400.00 | EAB | |
| 02/12/15 | emails to and from L. Ellman on additional document production | 0.3 | $120.00 | EAB | |
| 02/19/15 | Emails to and from M. Galman (Saint Gobain) on settlement agreement revisions | 0.4 | $160.00 | EAB | |
| 02/24/15 | Reviewed supplemental documents for H.R. Baumrucher; reviewed Central Wine supplemental documents; email to M. Freel on filing complaint; no response; email to R. Reeves on need for additional info; email to E. West on our settlement offer; email from E. West reasserting new value defense with invoices; reviewed new value cases | 2.0 | $800.00 | EAB | (1) Lumping |
| 02/26/15 | Emails to and from M. Freel (Poly Air Corp) with settlement offer and acceptance; prepared Motion to Compromise, Settlement Agreement and Release | 1.4 | $560.00 | EAB | (1) Lumping |
| 02/27/15 | Emails to and from E. West regarding spening preference claim; received additional information from j. E. Baummacher; emails to and from L. Ellman on ordinary counsel defense | 1.1 | $440.00 | EAB | (1) Lumping |

**Preference cases with no
Adversaries filed
Exhibit A**

## ATTORNEY FEES

| Date | Description | Hours | Amount | Atty | Notes |
|---|---|---|---|---|---|
| 02/27/15 | Received revised St. Gobain Settlement Agreement; emails to and from M. Galeman on revised Settlement Agreement; emails to and from R. Reeves on acceptance of settlement | 1.0 | $400.00 | EAB | (1) Lumping |
| 02/28/15 | Emails to and from M. Golman on release provisions; emails to and from M. Golman on final revisions to Settlement Agreement | 0.7 | $280.00 | EAB | (1) Lumping |
| 03/02/15 | email from M. Golman on execution of Settlement Agreement; email from D. Dickey on execution of St. Gobain settlement agreement; worked on BRP settlement agreement and modified motion to approve | 1.1 | $440.00 | EAB | (1) Lumping |
| 03/04/15 | Worked on motion to settle BRP; letter from J. Rinn with information on Central Steel payments; letter to J. Rinn with drawing preference demand | 1.1 | $440.00 | EAB | (1) Lumping |
| 03/05/15 | email to R. Reeves with Settlement Agreement; letter to M. Freel with Settlement Agreement; email to L. Ellman on settlement offer; reviewed Tapecase additional documents; emails to and from L. Ellman on counteroffer. | 0.8 | $320.00 | EAB | (1) Lumping |
| 03/09/15 | Emails to and from R. Reeves on execution of Settlement Agreement | 0.4 | $160.00 | EAB | |
| 03/10/15 | Email from M. Golman on signed Settlement Agreement; attended Motion to Compromise | 2.0 | $800.00 | EAB | (1) Lumping |
| 03/13/15 | Prepared H.E. Baumracher Notice of Compromise hearing and Motion to Compromise | 1.0 | $400.00 | EAB | |
| 03/20/15 | Telephone conference with L. Ellman regarding changes to Settlement Agreement and Order of Compromise | 0.2 | $80.00 | EAB | |
| 03/23/15 | Emails to and from M. Freel on Polyair Settlement Agreement | 0.4 | $160.00 | EAB | |
| 03/25/15 | Revised Baumrucher Settlement Agreement and Release | 0.3 | $120.00 | EAB | |
| 03/27/15 | St. Gobain: Received check and signed Settlement Agreement; email to M. Golman with fully executed Settlement Agreement | 0.4 | $160.00 | EAB | (1) Lumping |
| 04/03/15 | Emails to and from M. Golman on status of Motion to Approve Compromise | 0.4 | $160.00 | EAB | |
| 04/06/15 | emails to and from M. Golman with order approving Settlement | 0.2 | $80.00 | EAB | |
| 04/07/15 | Attended Motion to Compromise on H.C. Baumacher and Motion to Dismiss Batavia; prepared Amended Notice of Compromise | 3.0 | $1,200.00 | EAB | (1) Lumping |

**Preference cases with no**
**Adversaries filed**
**Exhibit A**

## ATTORNEY FEES

| | | | | | |
|---|---|---|---|---|---|
| 04/10/15 | Received Settlement Agreement changes from L. Ellman; made revisions to Settlement Agreement and Order; email to L. Ellman with revised Settlement Agreement and Order | 1.0 | $400.00 | EAB | (1) Lumping |
| 04/13/15 | emails to and from L. Ellman on further revisions to Settlement Agreement; revised Settlement Agreement | 0.7 | $280.00 | EAB | (1) Lumping |
| 04/30/15 | Baumrucher--Email to and from Ellman with order approving settlement; emails to and from Ellman on fully executed settlement. | 0.7 | $280.00 | EAB | (1) Lumping |
| 05/07/15 | Email from L. Ellman on signing of settlement agreement. | 0.2 | $80.00 | EAB | |
| | **TOTAL:** | **27.9** | **$11,160.00** | | |

**Preference cases with no
Adversaries filed
Exhibit A**

## ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 02/27/15 | 3M: received Motions to Appear Pro Hac Vice | 0.2 | $80.00 | EAB | (3) No Benefit |
| 03/27/15 | 3M: emails to and from J. Stetterman on answer; reviewed settlement offer and defense documents | 0.8 | $320.00 | EAB | (1) Lumping |
| 03/31/15 | 3M: Review of invoices and payment dates | 1.0 | $400.00 | EAB | |
| 03/31/15 | 3M: Review of defense analysis | 0.4 | $160.00 | EAB | |
| 04/01/15 | reviewed 3M defenses analyses and settlement offer | 0.5 | $200.00 | EAB | |
| 04/08/15 | Emails to and from J. Stetterman with defense documents | 0.3 | $120.00 | EAB | |
| 04/09/15 | Telephone Conference with J. Stetterman with counteroffer | 0.2 | $80.00 | EAB | |
| 04/13/15 | Telephone conference with J. Stetterman regarding rejection of our counteroffer and new offer | 0.4 | $160.00 | EAB | |
| 04/14/15 | Emails to and from J. Stetterman on acceptance of Trustee's counteroffer by 3M; prepared 3M Settlement Agreement and Release | 1.1 | $440.00 | EAB | (1) Lumping |
| 04/15/15 | Email to J. Stetterman with 3M Settlement Agreement and Release; | 0.2 | $80.00 | EAB | |
| 04/21/15 | 3M: Received Settlement Agreement revisions; emails to and from J. Stetterman on further revisions to Settlement Agreement; made further revisions to Settlement Agreement | 0.5 | $200.00 | EAB | (1) Lumping |
| 04/27/15 | emails to and from J. Stetterman on Settlement Agreement and 4/28 hearing; email to J. Stetterman with w-9 form | 0.3 | $120.00 | EAB | (1) Lumping |
| 04/28/15 | Email to J. Stetterman with 4/28 order | 0.2 | $80.00 | EAB | |
| 04/30/15 | work on 3M motion to compromise; | 0.6 | $240.00 | EAB | |
| 06/04/15 | Emails to and from J. Stetterman on 3M Order | 0.4 | $160.00 | EAB | |
| 06/16/15 | 3M: Motion to Correct Judgment | 0.4 | $160.00 | EAB | (4) Insufficient Description |
| | TOTAL: | 7.5 | $3,000.00 | | |

**Preference Adversary - 3M**
**Exhibit A**

## ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 02/24/15 | Argus: Email from L. Newman with ordinary counsel defense; email to L. Newman on ordinary counsel analysis and counter offer | 0.8 | $320.00 | EAB | (1) Lumping |
| 02/25/15 | Aargus: emails to and from defense analysis | 0.4 | $160.00 | EAB | |
| 03/04/15 | Emails to and from L. Newman on Settlement Agreement | 0.4 | $160.00 | EAB | |
| 03/05/15 | Emails to and from L. Newman on revision to Settlement Agreement; reviewed proposed changes on Aargus Settlement Agreement; | 0.5 | $200.00 | EAB | (1) Lumping |
| 03/11/15 | Received revised Aargus Settlement Agreement email; emails to and from L.Newman on revised Aargus Settlement Agreement; email to L. Newman with Aargus Minute Order. | 0.5 | $200.00 | EAB | (1) Lumping |
| 03/31/15 | Aargus: Emails to and from L. Newman with Uhy executed Settlement Agreement | 0.4 | $160.00 | EAB | |
| 03/31/15 | Aargus: Prepared Order Dismissing Adversary | 0.2 | $80.00 | EAB | |
| 04/01/15 | Received Aargus Minute Order; prepared draft order on Aargus dismissal | 0.3 | $120.00 | EAB | (1) Lumping |
| | **TOTAL:** | **3.5** | **$1,400.00** | | |

**Preference Adversary - Aargus Plastics**
**Exhibit A**

## ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 03/10/15 | American Express: reviewed defense documents and settlement proposal | 0.3 | $120.00 | EAB | |
| 03/11/15 | emails to C. Oswald with American Express Minute Order. | 0.2 | $80.00 | EAB | |
| 03/25/15 | American Express: Email to C. Ewald with counteroffer | 0.2 | $80.00 | EAB | |
| 03/30/15 | American Express: Emails to and from C. Oswald regarding negotiations on counteroffers; prepare Settlement Agreement and release; prepare Motion to Compromise and Order | 1.3 | $520.00 | EAB | (1) Lumping |
| 03/31/15 | American Express: Email to C. Oswald with settlement Agreement and Release; | 0.2 | $80.00 | EAB | |
| 04/06/15 | American Express: Received email from C. Oswald with revised Release and Settlement Agreement; review revised Release and Settlement Agreement; emails to and from C. Oswald on Settlement Agreement revisions; | 1.1 | $440.00 | EAB | (1) Lumping |
| 04/08/15 | emails to and from C. Oswald on waiver of proof of claim | 0.3 | $120.00 | EAB | |
| 04/10/15 | email to C. Oswald with signed Settlement Agreement; | 0.2 | $80.00 | EAB | |
| 06/15/15 | American Express: Emails to and from C. Oswald on settlement payments | 0.4 | $160.00 | EAB | |
| 06/22/15 | American Express: Emails to and from C. Oswald with w-9 form | 0.4 | $160.00 | EAB | |
| 07/06/15 | American Express: Emails to and from C. Oswald on settlement payment | 0.4 | $160.00 | EAB | |
| 07/16/15 | American Express: emails to and from K. Mitchell regarding receipt of settlement check and dismissal of adversary proceeding | 0.4 | $160.00 | EAB | |
| 07/21/15 | American Express: emails to and from C. Oswald on dismissal of adversary | 0.4 | $160.00 | EAB | |
| | TOTAL: | 5.8 | $2,320.00 | | |

**Preference Adversary - American Express**
**Exhibit A**

## ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 03/09/15 | Batavia: emails to and from A. Silverman on status meeting | 0.4 | $160.00 | EAB | |
| 03/11/15 | email to A. Silverman with Batavia Container Minute Order. | 0.2 | $80.00 | EAB | |
| 03/24/15 | Batavia: Telephone conference with A. Silverman on MTD and Answer date | 0.6 | $240.00 | EAB | |
| 03/25/15 | Batavia: Prepared MTD | 0.4 | $160.00 | EAB | |
| 03/26/15 | Batavia: Worked on MTD | 0.2 | $80.00 | EAB | |
| 04/08/15 | Emails to and from A. Silverman on outcome of 4/7 Batavia hearing; received order striking 4/28 status date; email to A. Silverman with Dismissal Order; | 1.0 | $400.00 | EAB | (1) Lumping |
| | TOTAL: | 2.8 | $1,120.00 | | |

**Preference Adversary - Batavia Container**
**Exhibit A**

# ATTORNEY FEES

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 03/11/15 | letter to Chase Bank with 3/10 Order | 0.2 | $80.00 | EAB | (1) Lumping |
| 03/12/15 | Chase: Prepared Motion to Default Order; prepared Motion for Default Judgment and Orders | 1.2 | $480.00 | EAB | |
| 03/13/15 | Chase: Worked on Motion for Default Order and Motion for Default Judgement | 1.1 | $440.00 | EAB | |
| 03/27/15 | Chase Bank: Telephone conference with Driscoll with settlement offer; telephone conference with K. Driscoll accepting offer; review of claims and schedules | 0.6 | $240.00 | EAB | (1) Lumping |
| 03/30/15 | Chase: Emails to and from K. Driscall on Settlement; prepared Settlement Agreement and Release | 0.8 | $320.00 | EAB | (1) Lumping |
| 03/31/15 | Chase: email to K. Driscoll with Settlement Agreement and Release | 0.2 | $80.00 | EAB | |
| 04/01/15 | received Chase Bank Minute Order on continued status hearing | 0.1 | $40.00 | EAB | |
| 04/10/15 | email to K. Driscoll on terms of Settlement Agreement | 0.2 | $80.00 | EAB | |
| 04/13/15 | emails to and from K. Driscoll on revisions to Settlement Agreement; | 0.2 | $80.00 | EAB | |
| 04/13/15 | received Chase revisions to Settlement Agreement | 0.2 | $80.00 | EAB | |
| 04/15/15 | Email from K. Driscoll on Mutual Release; response to K. Driscoll on Mutual release; | 0.6 | $240.00 | EAB | |
| 04/21/15 | Chase: emails to and from K. Driscoll on revised Settlement Agreement; revised Settlement Agreement; telephone conference with P. Daniels regarding Chase suit | 0.7 | $280.00 | EAB | (1) Lumping |
| 04/28/15 | email to C. Oswald with 4/28 order | 0.2 | $80.00 | EAB | |
| 07/09/15 | American Express: Letter from C. Oswald with settlement payment | 0.2 | $80.00 | EAB | |
| 07/13/15 | Chase: emails to and from K. Driscoll on revised release and Settlement Agreement; review revised Release | 0.6 | $240.00 | EAB | (1) Lumping |
| 07/13/15 | Chase: emails to and from K. Driscoll on revisions to Release; revised Release; email to K. Driscoll with revised mutual Release | 0.6 | $240.00 | EAB | (5) Duplicate |
| 07/21/15 | Chase Bank: Email to K. Driscoll on revised Release | 0.2 | $80.00 | EAB | |
| 07/22/15 | Chase: received email and revised Release from K. Driscoll; email to K. Driscoll with concerns over revised Release | 0.5 | $200.00 | EAB | (1) Lumping |

**Preference Adversary - Chase Bank**
**Exhibit A**

## ATTORNEY FEES

| Date | Description | Hours | Amount | Atty | Notes |
|---|---|---|---|---|---|
| 07/23/15 | Chase: Reviewed court order status for Aug 19th; email to K. Duscall with 7/22/15 order | 0.4 | $160.00 | EAB | (1) Lumping |
| 07/23/15 | Email to C. Oswald with order Dismissing Adversary Proceeding | 0.2 | $80.00 | EAB | |
| 08/12/15 | Chase--Email to K. Driscall on status of payment | 0.2 | $80.00 | EAB | |
| 08/14/15 | Emails to and from K. Driscoll on terms of Release. | 0.4 | $160.00 | EAB | |
| 08/21/15 | email to K.Driscoll with notice of continued status hearing | 0.2 | $80.00 | EAB | |
| 09/09/15 | Chase - email to K. Driscoll regarding status of settlement; email from K. Driscoll on finishing last draft of the release | 0.4 | $160.00 | EAB | (1) Lumping |
| 09/11/15 | emails to and from K. Driscoll on revisions to Mutual release; reviewed revised Mutual release; email to K. Driscoll w. signed Mutual release. | 0.8 | $320.00 | EAB | (1) Lumping |
| 09/14/15 | emails to and from K. driscoll on settlement payment and status hrg. | 0.4 | $160.00 | EAB | |
| 09/22/15 | emails to and from K. Driscoll on settlement payment | 0.2 | $80.00 | EAB | |
| 09/23/15 | Chase - emails to and from K. Driscoll on continued status mtg. Emails to and from K. Driscoll on settlement check and motion to dismiss adversary. | 0.8 | $320.00 | EAB | (1) Lumping |
| 09/24/15 | emails to/from K. Driscoll on missing settlement check; finished motion to dismiss adversary and order of dismissal | 0.6 | $240.00 | EAB | (1) Lumping |
| 10/07/15 | Email to K. Driscoll woth Order granting motion to dismiss | 0.2 | $80.00 | EAB | |
| | **TOTAL:** | **13.2** | **$5,280.00** | | |

**Preference Adversary - Chase Bank**
**Exhibit A**

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 02/03/15 | Emails to and from K. Rehan on additional info; Telephone Conference with D. John's on contemporary exchange and new value defenses | 0.3 | $120.00 | EAB | (1) Lumping |
| 03/05/15 | Email to K. Rohan on Tape Case defenses | 0.6 | $240.00 | EAB | |
| 03/06/15 | Review Tapecase invoices and payment entries; email to K. Rohan on old course and contemp. exchange defenses | 0.7 | $280.00 | EAB | (1) Lumping |
| 03/11/15 | Prepared Tapecase Adversary | 0.8 | $320.00 | EAB | |
| 03/17/15 | Tapecase: Emails to and from K. Rehan on conference call | 0.2 | $80.00 | EAB | |
| 04/15/15 | emails to and from K. Rehan on new value defense for Tapecase; review Tapecase new value documents; Telephone conference with K. Rehan on Tapecase new value documents | 1.0 | $400.00 | EAB | (1) Lumping |
| 04/15/15 | review Tapecase additional documents and defense analysis; emails to and from K. Rehan on defenses; telephone conference with K. Rehan on new value issues | 0.6 | $240.00 | EAB | (1) Lumping |
| 04/27/15 | Review of Tapecase spreadsheet and additional documents; emails to and from K. Rehan on ordinary course defense; | 2.3 | $920.00 | EAB | (1) Lumping |
| 04/30/15 | worked on Tapecase defense analysis | 0.8 | $320.00 | EAB | |
| 05/14/15 | Tape Case: emails from K. Rehan on ordinary course defense. | 0.2 | $80.00 | EAB | |
| 05/20/15 | Tapecase: Prepare Motion to Approve Compromise, Settlement Agreement, and Release; email to L. Rehan with Settlement Agreement and Release | 0.9 | $360.00 | EAB | (1) Lumping |
| 05/21/15 | Tapecase: Emails to and from K. Regan on signing Settlement Agreement | 0.2 | $80.00 | EAB | |
| 06/16/15 | Tapecase: Attended hearing on Motion to Compromise | 1.5 | $600.00 | EAB | |
| 06/17/15 | Tapecase: email to K. Rehan with Order Approving Compromise | 0.2 | $80.00 | EAB | |
| | **TOTALS** | **10.3** | **$4,120.00** | | |

Preference Adversary-Tapecase
Exhibit A