**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: One Source Supply Company, Inc.          § Case No. 13-20911-TAB
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $913,549.08                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,282.60    Claims Discharged
                                              Without Payment: $1,477,071.94

Total Expenses of Administration: $50,378.21

3) Total gross receipts of $ 58,660.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $58,660.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $11,326.55 | $11,326.55 | $8,282.60 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 54,105.71 | 50,378.21 | 50,378.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 74,119.97 | 73,977.17 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 19,904.76 | 19,904.76 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,457,167.18 | 1,457,167.18 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,616,624.17 | $1,612,753.87 | $58,660.81 |

4) This case was originally filed under Chapter 7 on March 14, 2014. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2016          By: /s/David R. Brown
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference settlement | 1241-000 | 58,660.81 |
| **TOTAL GROSS RECEIPTS** | | **$58,660.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Department of Treasury Internal Revenue Service | 4300-000 | N/A | 11,326.55 | 11,326.55 | 8,282.60 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$11,326.55** | **$11,326.55** | **$8,282.60** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE CLERK OF BANKRUPTCY COURT | 2700-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| David R. Brown | 3120-000 | N/A | 0.00 | 0.00 | 0.00 |
| David R. Brown | 2200-000 | N/A | 0.00 | 0.00 | 0.00 |
| Office of the US Trustee | 2990-000 | N/A | 6,825.00 | 6,825.00 | 6,825.00 |
| David R. Brown | 2100-000 | N/A | 6,183.04 | 6,183.04 | 6,183.04 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN, LLC | 3120-000 | N/A | 443.20 | 443.20 | 443.20 |
| Alan D. Lasko & Associates, PC | 3410-000 | N/A | 1,149.60 | 1,149.60 | 1,149.60 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 36,935.00 | 33,207.50 | 33,207.50 |
| Rabobank, N.A. | 2600-000 | N/A | 28.84 | 28.84 | 28.84 |
| Rabobank, N.A. | 2600-000 | N/A | 53.89 | 53.89 | 53.89 |
| Rabobank, N.A. | 2600-000 | N/A | 67.00 | 67.00 | 67.00 |
| Rabobank, N.A. | 2600-000 | N/A | 73.01 | 73.01 | 73.01 |
| Rabobank, N.A. | 2600-000 | N/A | 82.18 | 82.18 | 82.18 |
| Rabobank, N.A. | 2600-000 | N/A | 83.93 | 83.93 | 83.93 |
| Rabobank, N.A. | 2600-000 | N/A | 81.02 | 81.02 | 81.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$54,105.71** | **$50,378.21** | **$50,378.21** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Freeborn & Peters, LLP | 6210-000 | N/A | 70,162.12 | 70,019.32 | 0.00 |
| Freeborn & Peters, LLP | 6220-000 | N/A | 3,957.85 | 3,957.85 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$74,119.97** | **$73,977.17** | **$0.00** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | 3M Company Alan Brown, Special Counsel | 5800-000 | N/A | 19,904.76 | 19,904.76 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$19,904.76** | **$19,904.76** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | H E Baumrucker Co | 7100-000 | N/A | 13,834.84 | 13,834.84 | 0.00 |
| 2U | 3M Company Alan Brown, Special Counsel | 7100-000 | N/A | 41,068.45 | 41,068.45 | 0.00 |
| 3 | Saint-Gobain Abrasives | 7100-000 | N/A | 17,265.67 | 17,265.67 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4S | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the | 7100-000 | N/A | 125,000.00 | 125,000.00 | 0.00 |
| 4U | BMO Harris Bank, N.A. FKA Harris, NA Assignee of the | 7100-000 | N/A | 938,202.20 | 938,202.20 | 0.00 |
| 5 | Storopack, Inc, Euler Hermes North America Insurance Co., | 7100-000 | N/A | 14,692.28 | 14,692.28 | 0.00 |
| 6 | Batavia Container, Inc Euler Hermes North America Ins., | 7100-000 | N/A | 47,988.22 | 47,988.22 | 0.00 |
| 7 | MSC Industrial Supply Co Attn: Legal Dept | 7100-000 | N/A | 4,525.93 | 4,525.93 | 0.00 |
| 8 | American Express Travel Related Services Company, | 7100-000 | N/A | 63,510.34 | 63,510.34 | 0.00 |
| 9 | Wipeco Inc | 7100-000 | N/A | 17,174.83 | 17,174.83 | 0.00 |
| 10 | American Express Bank, FSB c o Becket and Lee LLP | 7100-000 | N/A | 4,968.72 | 4,968.72 | 0.00 |
| 12 | Toyota Lease Trust | 7100-000 | N/A | 14,558.04 | 14,558.04 | 0.00 |
| 13 | York Corrugated Container c/o Barbara L Yong, Golan & | 7100-000 | N/A | 17,309.03 | 17,309.03 | 0.00 |
| 14 | U.S. Bank NA dba U.S. Bank Equipment Finance | 7100-000 | N/A | 3,671.70 | 3,671.70 | 0.00 |
| 15 | United Parcel Service (Freight) c/o Receivable | 7100-000 | N/A | 391.26 | 391.26 | 0.00 |
| 17 | Financial Pacific Leasing, Inc. c/o Amrit S. Kapai | 7100-000 | N/A | 29,856.91 | 29,856.91 | 0.00 |
| 18 | Abrasic 9 Inc dba CGW Camel Grining Wheels | 7100-000 | N/A | 5,027.37 | 5,027.37 | 0.00 |
| 19 | IMS- Partners | 7100-000 | N/A | 1,656.50 | 1,656.50 | 0.00 |
| 20 | BRP Mfg | 7100-000 | N/A | 82,793.70 | 82,793.70 | 0.00 |
| 21 | American Express Bank, FSB c o Becket and Lee LLP | 7200-000 | N/A | 4,113.40 | 4,113.40 | 0.00 |
| 22 | American Express Travel Related Services Company, | 7200-000 | N/A | 1,388.56 | 1,388.56 | 0.00 |
| 23 | American Express Travel Related Services Company, | 7200-000 | N/A | 4,419.23 | 4,419.23 | 0.00 |
| 24 | American Express Travel Related Services Company, | 7200-000 | N/A | 3,750.00 | 3,750.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,457,167.18 | $1,457,167.18 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-20911-TAB  
**Case Name:** One Source Supply Company, Inc.

**Trustee:** (330580) David R. Brown  
**Filed (f) or Converted (c):** 03/14/14 (c)  
**§341(a) Meeting Date:** 03/28/14

**Period Ending:** 07/27/16  
**Claims Bar Date:** 04/27/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bmo Harris Bank N.A. Checking Account (Ending In<br>Balance for DIP account as of<br>April 22, 2014 was -$3.05 | 718.41 | 0.00 | | 0.00 | FA |
| 2 | Chase Bank Checking Account<br>Balance for DIP account as of<br>April 22, 2014 was -$3.05 | 13,626.67 | 0.00 | | 0.00 | FA |
| 3 | Rent Deposit Held By: Wolf Creek Business Associ | 999.00 | 0.00 | | 0.00 | FA |
| 4 | Accounts Receivable<br>Blanket Lien of BMO Harris<br>$931,342.16 | 308,250.00 | 0.00 | | 0.00 | FA |
| 5 | The Brasco Group, Inc. For Improvements To Real | 137,192.00 | 0.00 | | 0.00 | FA |
| 6 | Bradford Carpenter For Pre-Petition Loans Advanc | 144,311.00 | 0.00 | | 0.00 | FA |
| 7 | Machinery<br>Blanket Lien of BMO Harris<br>$931,342.16 | 42,593.00 | 0.00 | | 0.00 | FA |
| 8 | Inventory<br>Blanket Lien of BMO Harris<br>$931,342.16 | 265,859.00 | 0.00 | | 0.00 | FA |
| 9 | Preference settlement (u) | 20,000.00 | 20,000.00 | | 58,660.81 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$933,549.08** | **$20,000.00** | | **$58,660.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

All preference funds have been collected. Trustee to review claims and file objections thereto if necessary and Accountant to file estate tax returns. Final Report will then be filed.

Related case is OS2 Manufacturing Company (consolidated in Ch. 11)

**Initial Projected Date Of Final Report (TFR):**  March 15, 2015    **Current Projected Date Of Final Report (TFR):**  December 17, 2015  (Actual)

Printed: 07/27/2016 10:52 AM    V.13.28

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 13-20911-TAB | | Trustee: | David R. Brown (330580) |
|---|---|---|---|---|
| Case Name: | One Source Supply Company, Inc. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6600 - Checking |
| Taxpayer ID #: | **-***9478 | | Blanket Bond: | $77,173,558.00  (per case limit) |
| Period Ending: | 07/27/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/15 | {9} | Aargus Plastics, Inc | preference settlement | 1241-000 | 3,000.00 | | 3,000.00 |
| 04/30/15 | {9} | Reeves and Sherrick Co, LPA | preference payment for BRP Mfg. | 1241-000 | 9,489.62 | | 12,489.62 |
| 04/30/15 | {9} | York Corrugated Container | Preference settlement | 1241-000 | 4,000.00 | | 16,489.62 |
| 04/30/15 | {9} | Saint-Gobain Abrasives Inc | Preference settlement | 1241-000 | 5,000.00 | | 21,489.62 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.84 | 21,460.78 |
| 06/04/15 | {9} | 3M | Preference settlement | 1241-000 | 10,000.00 | | 31,460.78 |
| 06/04/15 | {9} | TapeCase Ltd | Preference Settlement | 1241-000 | 7,500.00 | | 38,960.78 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 53.89 | 38,906.89 |
| 07/16/15 | {9} | American Express Travel Related Services | Preference settlement payment | 1241-000 | 13,671.19 | | 52,578.08 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.00 | 52,511.08 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.01 | 52,438.07 |
| 09/23/15 | {9} | JP Morgan Chase Bank | settlement full payment | 1241-000 | 6,000.00 | | 58,438.07 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.18 | 58,355.89 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.93 | 58,271.96 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.02 | 58,190.94 |
| 05/16/16 | 102 | THE CLERK OF BANKRUPTCY COURT | Dividend paid 100.00% on $2,100.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 2,100.00 | 56,090.94 |
| 05/16/16 | 103 | Office of the US Trustee | Dividend paid 100.00% on $6,825.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 6,825.00 | 49,265.94 |
| 05/16/16 | 104 | David R. Brown | Dividend paid 100.00% on $6,183.04, Trustee Compensation;  Reference: | 2100-000 | | 6,183.04 | 43,082.90 |
| 05/16/16 | 105 | Alan D. Lasko & Associates, PC | Dividend paid 100.00% on $1,149.60, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,149.60 | 41,933.30 |
| 05/16/16 | 106 | Department of Treasury  Internal Revenue Service | Dividend paid  73.12% on $11,326.55; Claim# 11; Filed: $11,326.55; Reference: | 4300-000 | | 8,282.60 | 33,650.70 |
| 05/16/16 | 107 | SPRINGER BROWN, LLC | Combined Check for Claims#ATTYFEES,ATTYEXP | | | 33,650.70 | 0.00 |
| | | | Dividend paid 100.00% on $33,207.50;  Claim# ATTYFEES; Filed: $36,935.00 | 3110-000 | 33,207.50 | | 0.00 |
| | | | Dividend paid 100.00% on $443.20;  Claim# ATTYEXP; Filed: | 3120-000 | 443.20 | | 0.00 |

Subtotals :    $58,660.81    $58,660.81

{} Asset reference(s)    Printed: 07/27/2016 10:52 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-20911-TAB
**Case Name:** One Source Supply Company, Inc.

**Taxpayer ID #:** **-***9478
**Period Ending:** 07/27/16

**Trustee:** David R. Brown (330580)
**Bank Name:** Rabobank, N.A.
**Account:** ******6600 - Checking
**Blanket Bond:** $77,173,558.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | $443.20 |  |  |  |  |

|  |  | ACCOUNT TOTALS | 58,660.81 | 58,660.81 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 |  |
|  |  | **Subtotal** | 58,660.81 | 58,660.81 |  |
|  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** | **$58,660.81** | **$58,660.81** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6600** | 58,660.81 | 58,660.81 | 0.00 |
|  | **$58,660.81** | **$58,660.81** | **$0.00** |

{} Asset reference(s)

Printed: 07/27/2016 10:52 AM    V.13.28